Administrative
Remedies

VRW

CV 08    3837

E-filing

(PR)



**U.S. Department of Justice**

**Federal Bureau of Prisons**

---

*Western Regional Office*
*7950 Dublin Boulevard, Third Floor*
*Dublin, California 94568*

August 22, 2007

Jeanine Santiago
Reg. No. 92639-022
Federal Correctional Institution
5701 8ᵀᴴ Street, Camp parks
Dublin, California 94568

RE:   Administrative Claim No. TRT-WXR-2007-05775
      Filed on: August 2, 2007

Dear Ms. Santiago:

This is to acknowledge receipt of your Claim for Damage, Injury or Death (Standard Form 95) that was submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 2671, et seq.

In accordance with the applicable provisions of the statute, this agency has up to six months within which to make a final determination of your administrative claim for damages. This time frame began on the date that your claim was received for filing and processing as noted above.

It is your responsibility to advise this office of any change in your address. You are also requested to refer to the assigned claim number whenever corresponding with this office about your submission.

Sincerely,

*Harlan W. Penn*

HARLAN W. PENN
Regional Counsel

HWP/mcs

ORIGINAL

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROV OMB NO. 1105-0008 EXPIRES 3-31-91 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| United States Department of Justice Bureau of Prisons Office of Legal Counsel 7950 Dublin Blvd.  Third Floor Dublin, CA.  94568 | Jeanine Santiago 92639-022 Dublin Federal Correctional Institution 5701 8th Street  Dublin, CA 94568 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  X CIVILIAN | 4/18/69 | Unmarried | Sunday December 3,2006 | 9:30 a.m. |

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

Due to overcrowding at the Dublin FCI the claiman Constitutional rights have been vioalted in an arbitrary and capricious fashion. Specifically Claimant was severly injured as a result of unsafely constructed bunk beds hap hazardly installe to facilitate the unlawful stacking and overcrowding of inmates; three and four people in one cell originally designed to house one inmate. Unsafe construction included unsecured bolts and steps; single beds modified to be used as bunk beds and left wobbly; exposed sharp edges and lon protruding screws.  Claimant was impaled through the neck by the long protruding she reported to safety as a hazard after sustaining a mild injury to her scalp a month prior to the incident. FBOP has a duty to maintain safe living conditions for inmates.  Patent disregard for inmate safety constitutes negligence and cavelier disregard for 1) the Eighth Amendment to the c

| 9. | PROPERTY DAMAGE |
|---|---|

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

not applicable

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

not applicable

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

1.) 3 1/2 inch laceration to the left sid of neck
2.) C-Spine trauma – whiplash     Reversal of lordorsis
3.) Continuing pain and suffering
4.) Unsightly scar

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, street, city, State, and Zip Code) | |
| MARY JANE QUINDO | DUBLIN FCI  5701 8th street, DUBLIN, CA. 94568 | |
| MONICA LOPEZ | SAME AS ABOVE | |
| OPHELIA JOHNSON | SAME AS ABOVE  (ALSO SUSTAINED INJURY) | |
| ELVIA VALENCIA | SAME AS ABOVE  (ALSO SUSTAINED INJURY) | |

| 12. (See instructions on reverse) | AMOUNT OF CLAIM (in dollars) | | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
| | 1,500,000.00 | | 1,500,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| *Jeanine Santiago* | N/A | 7/31/07 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

United States; 2) Federal Bureau of Prisons safety policies; 3) OSHA standards and regulations; 4) Hoptowit v. Ray 682 F2d 1237 @1647d (9th Cir. 1982), precedent case law, that established square footage cell size for incarcerated persons.

2) Claimant was injured prior to stated injury to neck on October 26, 2006 when bending down in front of her locker, sustained a laceration to her scalp from the protruding screw. Claimant took swift action by making a written request in the form of a "cop-out" to the Safety Department to have the screw removed.  In accordance with Bureau of Prison policy-all injuries caused by suspect safetly issues are to be reported to the Safety Department by Health Services, Unit Team and Lieutenant's office. As of the date of this submittal no accident report was submitted by any of the above personal to Safety. relative to Claimants injury on 10/26/06.  The unit officer on duty at the time of the incident, Fernandez, made a journal entry in the unit log book for that day.  Claimant was also seen by Lt. Hopkins and another lieutenant (name unknown) after reporting the incident to Officer Fernandez. A sick call visit was also documented in Claimant medical records.

Officials at Dublin FCI were negligent and threfore culpable for failing to file the required accident reports and forwarding them to Safety which ultimately would have prevented the serious injury sustained by Claimant on December 6, 2006, when the same screw impaled her neck.

The Safety Department was negligent and therefore culpable for failing to remove the hazardous screw after Claimant reported the hazard on November 6, 2006, following her scalp injury on October 26, 2006

Through a series of negligent and deliberately indifferent acts Dublin officials failed to provide a safe enviroment for inmates which resulted in serious injuries to Claimant (and several othe inmates injured by the same hazard) and patently violates the 8th Amendment of the constitution of the United States; FBOP policies and standards; 42 USC 1983 Civil Rights Act; OSHA Safety regulations; and well established case law delineating said violations.

3) Claimant sustained a serious injury to her neck when she was impaled by a hazardous screw protruding from the "makeshift" step on the bunk bed during "count time" on 12/03/06. Claimant waited for twenty minutes for medical staff to respond to the officiers radio call for emergency assistance. Claimant sat on a step frantically holding a blood soaked towel to her neck to mitigate excessive blood loss.  When Health Services failed to respond to the unit, Claimant was forced to walk to the Health Services Building (clear across the compound) where the PA Ms. Rich complacently indicated to the officer that the reason she did not respond to the emergency call was because she assumed it could "wait until after count".

Claimant was transferred to the hospital for treatment and received 16 stiches to her neck.  Discharge orders from Valley Medical Center included pain medication and a neck brace to stablize the muscles in the neck and protect the vertebrae.  When Claimant returned to the compound the neck brace was taken and pain medication refused even though Claimant continued to complain of pain and stiffness.

Dublin Health Service officials subjected Claimant to unnecessary pain and undue
stress by deliberately ignoring Claimant discharge orders for pain medication. Health Service
officials compromised CLaimants rehablilitation and recovery by taking the neck brace and
subjecting her to additional neck trauma, from which she is still currently suffering.
Dublin Health Service officials arbitrarily and capriciously refused to extend CLaimant a
bottom bunk authorization to prevent additional trauma and further injury. Further, Dublin
Health Service officials refused to acknowledge Claimant legitimate concerns regarding her
recovery and damage beyond the laceration, ... the C-spine trauma and the insatbility of
the vertebrae of her C-Spine, dismissing her assertions and tell her "there is nothing
wrong with you" even though Claimant has never been examined by the people who insist there
is nothing wrong with her. Claimant is still in pain 6 months later, and has not had any of
her medical issue addressed adequately.

In the series of actions taken above by the Dublin Health Services officials, FBOP
Claimant safety and protection from further trauma and injury was placed in jeopardy in a
deliberate manner equating to cruel and unusual punishment prohibited by FBOP policies and
the 8th Amendment to the United States constitution.

FBOP, Dublin compromised Claimants health and well being during and following an
injury sustained when she was impaled by a screw on December 6, 2006. In doing so Dublin
FCI Health Services is culpable and therefore negligent in rendering services in a safe
manner without imposing punative measures that cause further trauma and injury.

As the matter stands. FBOP, Dublin FCI, Health Services violated Claimants 8th
Amendment rights by imposing cruel and unecessary pain and suffering and subjugating Claimant
to additional stress and discomfort post injury by disregarding discharge order of the
Valley Medical Center doctor and refusing to provide adequate follow up care, ignoring
Claimants persistent request and visits to Health Services and refusing to acknowledge
her complaints of severe pain and other ailments associated with her accident and subsequent
injury.

4) Claimant submitted administrative remedies to seek relief from the screw in her room
that caused injury to Claimant on 2 seperate occasions (and also two other inamtes after)
Claimants grievance requested the removal of the multiple screws hazardously protruding from
numerous bunk beds on the compound. Claimants two BP8.5's wereignored and CLaimant subsequently
filed two BP 9's after another inmate, Ophelia Johnson was injured. Counselor Andersen
refused to receive Claimants remedy as untimely and made it very difficult on CLaimant for
filing remedies, although CLaimant was well within the alotted time as per policy, Claimant
had to go to another counselor in another unit to have remedies filed. Counselor Andersen
also could not produce the two BP 8.5, which CLaimant needed signed and acknowledged in order
to proceed with administrative remedies, claiming she "did not have them" and that it "was
not her job to keep track of them" – even though she had to receive them in order to issue
the BP-9's. This clearly interfered with CLaimants only means of seeking relief and violates

Claimants 4th and 14th Amendments.

Claimant was accused of "doing yoga at the time of the incident" falsely, by Assistant Warden Butts and Mr. Blassingame, from the safetly department, who claimed that there were "witnesses willing to sign sworn statements' that Claimant was doing yoga at the time of the incident. AW Butts threatened Claimant with segregation in the "suicide watch unit". These threats left Claimant frightened and skiddish about filing for remedieess. Claimant has no disciplinary incidences and is overall a model inmate. CLaimant felt afraid to proceed with her administrative remedy process. Mr. Goldstein, head of safety, persistantly intimidated Claimant to "drop the Administrative Remedy process" in exchange for him writing a favorable report on her behalf. When CLaimant refused Goldstein became belligerent and threatened CLaimant that " things would become difficult for her" if she insisted on proceeding with her remedy process.

On January 4, 2007 Butts, Goldstein, Blassingame, andersen and Boyton all entered the cell CLaimant shares with two other inmates and woke everyone in the room up. It had been a month since the incident occured and Mr. Goldstein insisted that CLaimant re-enact the accident. When CLaimant tried to cooperate ©1Goldstein put his finger in CLaimants face and said to her that her explanation was "unacceptable" and her description of the way it happened was "impossible". Claimant suggested that they ask the two witnesses who were in the room at the time, since they had never asked them before. They asked Claimant to leave the room while all of them questioned Mary Jane Quindo. When they left both CLaimant and Ms. Quindo were very shaken, frightened and disturbed. Mr. Goldstein returned later, alone, and asked Claimant to drop her administrative rememdy again, and when she refused Goldstein again became belligerent and hostile, telling Claimant that she had no case without his report supporting her claim, and that he would "deny the BP-9 since he would be the one to respond to it", which in fact he did.

4th and 14th AMendment violations occur when any aspect of administrative remedy is restricted, circumvented, threatened or compromised with the intention of diverting the process. CLaimants BP-9 regarding her medical treatment was never acknowledged, although it was submitted and returned with the Bp9 regarding safety and in the response to one BP9 the response mentions the claim in the second BP-9.

Claimants repeated requests, six of them, for medical records and follow-up medical care were ignored until Claimant filed another BP-9 four months later for overcrowding and passive retaliation. Claimant was called in to Dr. Ezaz's office on April 23, 2007- she did not ask Claimant anything at all about her health, but instead argued with CLaimant about filing a BP-9 about her treatment or lack of, she insisted ther was nothing wrong with CLaimants Xrays. WhenClaimant accused her of being incompetent and impossible to talk to let alone receive care from, Dr. Ezaz threatened to write her a shot (disciplinary report). Claimant The constant threats and harassment including Claimants room being "shaken down" foru to five time a week at all kinds of odd hours, sometime 2 and 3 times a day, compounded

STATEMENT OF CLAIM CONTINUED                                              PAGE 5

CLaimants physical pain with mental and emotional anguish, unduly caused and further
traumatizing Claimant.

   This obvious retaliation for CLaimant asserting her only means and right to file
administraive remedies violates FBOP policy, Administrative Remedy protections under the
Constitution and violates 42 USC § 1997e which states that "no person reposrting conditions
which may constitute a violation under this act shall be retaliated against in any manner for
so reporting.

   Claimant still suffers from neck pain and vertebral instability, has had no continuing
care or treatment and is permanently damaged from and accident which could have been
prevented had Dublin FCI officials maintained a safe living enviroment for its inmates.
The severe overcrowding beyond double capacity limits space for 3 and 4 people sharing one
7X10 cell, unsafe construction of bunk beds and limited space to move around does not
afford one any room to fall without breaking the fall with something, ie. beds, sink, toilet
etc.  Not only was Claimant injured through no fault of her own, but she was harassed for
trying to prevent that from happening to anyone else, and refused adequate medical treatment
to aid and encourage proper healing of an injury to the most precarious place in the body.
The Doctor at the hospital said the she came "within a centimeter of losing her life"
barely missing the coratid artery and jugular vein.  CLaimant did not need to lose her life
in order for FBOP,Dublin to be culpable.

   CLaimant requests the amount in damages stated on page one of this claim and immediate
release to seek proper medical care for her persistant problems with her neck and nerves
related to that area of her body.

                                                    Repectfully Submitted

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MARCH 30, 2007

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      DUBLIN FCI

TO  : JEANINE HELEN SANTIAGO, 92639-022
      DUBLIN FCI     UNT: B     QTR: B03-191U

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 437694-F1
DATE RECEIVED   : DECEMBER 26, 2006
RESPONSE DUE    : JANUARY 15, 2007
SUBJECT 1       : SAFETY, SANITATION, ENVIRONMENTAL CONDITIONS
SUBJECT 2       :
INCIDENT RPT NO:

**\* \*\* ⊥ FILE THIS ADMINISTRATIVE REMEDY PURSUANT TO THE RULES OF CFR 542 WITH THE EXPRESS UNDERSTANDING THAT THERE WILL BE NO RETALIATION TAKEN AGAINST ME DIRECTLY OR INDIRECTLY.\*\*\***

DUB 1330.13(F)
11/30/02
Attachment A

*Any feard copies handed to Mrs Anderson 12/18/06*

## INFORMAL RESOLUTION

INFORMAL RESOLUTION INSTRUCTION: Staff must complete and attach the original of this form to each BP-9 when the complaint cannot be informally resolved. The BP-9 will not be accepted without this completed form.

| Name:    JEANINE SANTIAGO | Reg. No.   92639-022 | Unit:  B |
|---|---|---|
| Date BP-9 Requested: | Date BP-9 Issued: | |

Inmate's Request or Appeal: On 12/03/06 I was seriously injured when I climbed down off the top bunk on a screw sticking out of the step used to climb up. I was impaled on this screw and it tore open the flesh in my neck resulting in 10 stiches. The rippin my neck came within less than a centimeter from my jugular vein and coratid artery. This is not the first injury sustained from this particular screw as well as others in the housing units. i wrote a cop out last month asking for this screw to be removed as it posed a risk to myself as well as others. After the incident upon requesting a copy of an incident report from safety, I was informed by the head of safety that they "abated the hazard in your room and conducted a room by room    (cont.

Relief Requested:   1) Punative damages once administrative remedy is exhausted.
2) An outside safety survey performed to evaluate unsafe conditions throughout the facility
3) That Safety be informed any time there is a injury that could have been prevented. not just when it is work related.(ie. incident/accident reports)

Attempted Informal Resolution: *(Yes / No - please explain)*

| Correctional Counselor: *(signature)* | Date: |
|---|---|
| Unit Manager: *(signature)* | Date: |

...quest/Appeal cont.    inspection throughout the housing units in the FCI" and that "all inmate
bunks discoved with the same hazard were corrected on 12/06/06". While
the screw was removed from my bunk on that day, i have found the rest of
this statement to be untrue.
I am still gathering evidence and will provide copies on the BP9 to
follow.

****This incident is through no fault of my own and I feel that I have been
treated poorly by staff members regarding this incident.****

Type or use ball point pen. If attachments are needed, submit four copies. Additional instructions on reverse.

From: __Jeanine Santiago_____ | __92639-022__ | __B__ | __FCI Dublin__
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A– INMATE REQUEST**

I am filing this BP-9 following the submittal of a BP8.5 and attempt at informal resolution for which no resolve was attained. This BP-9.0 is timely filed pursuant to CFR 542.13. On 12/3/06, I was seriously injured when I climbed down from the top bunk, after being abruptly awakened for 10am count.   Slightly disoriented, I fell and was impaled on a screw protruding from the bunk step.   The screw ripped open the flesh in my neck which resulted in 16 stitches. The laceration to my neck came within a centimeter of my jugular and coratid artery. This is not the first injury sustained from this screw.  And others have been injured from similar screws in the past. Last month I was injured from the same screw while getting into my locker.   I scrapped a piece of flesh from my scalp.   Last month I wrote a cop-out to CMS asking that the screw be removed following the incident with my scalp.   (copy attached) After my neck was inju ed, I went to saftey to request a copy of the safety report.   I was informed by Mr. Blassengame, the Head of Safety, that the hazard "had been abated in your room and a room-by-room inspection had been conducted throughout ALL the housing units" and that"all inmate bunks discovered with the same hazard were corrected on 12/6/06." while the screw was removed from my bunk on the same day, I have found the rest of the statement to be blatantly untrue. The following rooms in A/B still have dangerous screws protruding from their bunks as of the date of this filing: B01-301; B01-071; B02-081; B02-181; B02-051; B03-301; B03-291; B03-181; B03-091; B03-081; B03-051; B04-171; B04-091; A01-301

__2/19/06_____   DATE   _____ (Continued...)
                                      SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____   DATE
_____   WARDEN OR REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                              CASE NUMBER: _____

                                                        CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

_____   DATE            _____
                                              RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

While speaking to Mr. Blassengame on 12/7/06, he indicated that it was his understanding that I had been "doing Yoga" when I was injured. This is not true. I have attached statements from my roomates indicating that this was not the case, that YOGA was not part of the injury and in no way connected. I do participate in Yoga in the rec-barn only. Since the injury to my neck, I have learned that many inmates have been injured by these screws. Tony Merceron, Mary Jane Quindo are among the injured. Ofelia Ortiz was just recently injured in the leg by the screw in her room and received 8 stitches in her knee. She lives in C/D, and this injury occurred AFTER MY INJURY—AND— after Mr. Blassengame assured me that ALL the hazards relative to "bunk screws" were "abated" compoundwide. I feel the administration is not taking this risk to safety and health hazard seriously. After the first injury to my scalp in October the opportunity existed to completely PREVENT further injury. Then After the injury I sustained on 12/3/06, the opportunity existed to AGAIN completely PREVENT further injury to other inmates. Yet another inmate was injured in C/D recently, Ms. Ortiz. The administrations lack of concern for the safety of all inmates on this compound is alarming. The Blatant negligence is glaring and begs for relief. I submit my request for relief as follows:

1) Punative Damages once administrative remedy has been exhausted.
2) A safety evaluation performed by an outside agency UNRELATED to BOP, to evaluate unsafe and persistent health hazards throughout the institution.
3) Safety be informed ANY and EVERYTIME there is an injury that could be prevented—not just when an injury is work related. (i.e. injury incident reports)


CC:    Private Attorney

On dec 3 2006 at approximatley
10:00 am during count time, my roomate
monica lopez woke up our other roomate
Jeanine Santiago for count. I witness Mrs Santiago
climb of the bunk to stand up for count. I was
facing the doorway for count and heard a big
Bang against the lockers. Just then I turned around
and Saw Mrs Santiago on the Floor and her neck
hanging of the screw that was sticking out onthe
bunk step. Mrs lopez was already trying to help
her up and as soon as we got her up, there was
a huge cut on her left side of her throat
and was Bleeding severely, we yelled for the
officers and they came running to aid her. So
She sat on the steps and waited called for the P.A,
They

Mary Jane Quinto

023&8 093

El dia 12/03/06 como a las 10:00 A.m.
yo desperté a la señorita Santiago para
la cuenta, ella se bajo de la cama y cuando
estaba abajo se desvaneció y cuando la
ayudé a levantarse tenia una herida en
el cuello que se hizo con un tornillo que salia
de la cama, estaba sangrando mucho y
tuvimos que llamar a los oficiales y ellos
la llevaron al medico.


Atte:
Monica Lopez Valle
# 12164208.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: 11/06/06 |
|---|---|
| CMS | |
| FROM: J. SANTIAGO | REGISTER NO.: 93639,022 |
| WORK ASSIGNMENT: Unicor Call Center | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

could you please come and
remove a screw that's sticking
out from the step on the
bunk bed in room # B0101 (#2)
It has injured myself and my
romate, and is not necessary.

Thankyou.

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

BP-S148.055
SEP 98

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: 12/6 |
|---|---|
| FROM: SANTIAGO | REGISTER NO.: 92639.022 |
| WORK ASSIGNMENT Unicor S. | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

May I please have a copy
of the inmate incident report
and/or safety report from an
incident I had on 12/3
where I was impaled by a
screw sticking out of my bunk
bed - I received two stiches
as a result. Thankyou

Please respond in writing     copy kept by inmate
                    (Do not write below this line)

DISPOSITION:

The Safety Department is not required to provide a written Accident/
Inmate Injury Report for a non-work-related injury. However, The Safety
Department in conjunction with Facilities Abated the Hazard in your Room on
12-6-06 And Conducted a Room-by-Room Inspection Throughout The Housing Units
in The FCI. The Facilities Department Advised me that All Inmate Bunks Discovered
with the same Hazard were Corrected on 12-6-06.

| Signature Staff Member | Date |
|---|---|
| T. Bassingame | 12-7-06 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

BP-S148.055  **INMATE REQUEST TO STAFF**  CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) MR Basangame CMS | DATE: 12/6/06 |
|---|---|
| FROM: Joenin Smtiago | REGISTER NO.: 92639.022 |
| WORK ASSIGNMENT: Concor South | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I am requesting a copy of
the inmate incident report and/or
safety report pertaining to the
injury I sustained to my
neck from being impaled by the
1" screw protruding from my
bunk bed- the injury injected I'm
20 stiches in my neck, and permanent
= damage and scan. This occurred
on 12/3/06

cc - retained by inmate 12/6        Please Respond
                                    In Writing

(Do not write below this line)

DISPOSITION:


| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

# ADMINISTRATIVE REMEDY NO. 437694-F1 FCI DUBLIN

**SANTIAGO, Jeanine**                                          **Part B - Response**
**Reg. No. 92639-022**
**Unit B**

This is in response to your request for Administrative Remedy received December 19, 2006, wherein you assert you were injured by a fall off the bunk bed.   You ask that you receive punitive damages, an outside agency evaluate the safety of the institution, and that the Safety Department is informed of all injuries.

An investigation into this matter revealed that the extended screw in your room was corrected immediately.

1)  You stated you wrote Safety last month to have the screw removed.  The Safety Department has no record of a written request from you.

2) You further stated Medical staff did not respond quickly.  Upon notification of your injury, Medical staff responded to the unit.  There is no indication that they did not respond in a timely manner.

3) You claim Medical staff have not responded to your medical needs.  The hospital staff sutured the wound.  You have since been seen by Medical staff and an x-ray of your neck was taken which indicates Medical staff are responding to your needs.

4) Under the Federal Tort Claims Act, you have the right to file for punitive damages against the United States with the appropriate Federal agency for administrative action.

However, an investigation into how you injured yourself is being conducted by the Safety Department.

Therefore, based upon the above information, your request for relief is denied.

If you are dissatisfied with this response, you may file an appeal to the Regional Director, Western Regional Office, Federal Bureau of Prisons, 7950 Dublin Boulevard, 3rd Floor, Dublin, California 94568, within twenty (20) days from the date of this response.

_____                          _1-11-07_
Schelia A. Clark, Warden                          Date

RECEIPT - ADMINISTRATIVE REMEDY

DATE: MARCH 30, 2007

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      WESTERN REGIONAL OFFICE

TO  : JEANINE HELEN SANTIAGO, 92639-022
      DUBLIN FCI    UNT: B    QTR: B03-191U

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID        : 437694-R1
DATE RECEIVED    : FEBRUARY 2, 2007
RESPONSE DUE     : MARCH 4, 2007
SUBJECT 1        : SAFETY, SANITATION, ENVIRONMENTAL CONDITIONS
SUBJECT 2        :
INCIDENT RPT NO:

# CERTIFICATE OF SERVICE

I certify that the following document _BP/O #437094-F1_

_SAFETY_ _____, was placed in the institution mailbox

(first-class postage, prepaid). Said document was sent to the following

individual on the date listed below. Pursuant to Houston v Lack, 487 U.S.

266 (1988). Under Title 28 U.S.C. §1746. "Pro se litigant's pleadings are

filed at the moment of delivery to prison authorities."

_1/29/07_
DATE

_Jeremine Santago_
SIGNATURE OF PERSON MAILING

United States Attorney Office          U.S. District Court

_Copy Retained by inmate_

Recieved
a.b 3-1-07

JEANINE HELEN SANTIAGO, 92639-022
DUBLIN FCI    UNT: B    QTR: B01-061U
5701 8TH ST - CAMP PARKS
DUBLIN,  CA 94568

U.S. Department of Justice

Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: ___Jeanine Santiago_____    ___92639-022___    __B__    __FCI Dublin__
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　　REG. NO.　　　UNIT　　　INSTITUTION

**Part A—REASON FOR APPEAL**    This instrument appeals the administrative remedy response    from a BP-9 No.43694-F1 received through internal institutional mail on 1/18/07. (see date rec'd by officer AC)   The following are corrections to the response received:  First, the reviewer inaccurately indicates in paragraph (p.) one tha" an investigation.....screw in your room was corrected immediately."   This is a false statement.   The screw was removed three days after the injury occurred, and only after another inmate brought it to the attention of the AW. p.2, indicates that "safety department has no record of a request from you".   Attached is a copy of the cop-out sent to safety through institutional mail. "Cop-outs"  are the correct mode of communication for inmates.   "Institutional mail"is the correct mode of directing a cop-out to a member of staff--per BOP policy--further 10/26 I had injured my head and was seen by medical for the same screw, an incident report for the injury should have been copied to safety at that time and they should have responded to remove the screw 10/26--which would have prevented further injury to myself and other inmates.10/27, seen in sick call and received an idle from work for an injury---again a report should have been processed by safety to have the screw removed. Response statement #2 indicates that "there is no indication that ....medica did not respond in a timely manner." Medical did not respond to the unit at all.  A legitimate investigation would have shown that I walked to the health services building on my own, because I WAS BLEEDING from the neck and MEDICAL DID NOT RESPOND. The officer who escorted me to the health services building was Mr. Cardenas, and the unit officer was Mr. La

_____    _____
　　　　DATE　　　　　　　　　　　SIGNATURE OF REQUESTOR

**Part B—RESPONSE**

_____    _____
　　　　DATE　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE　　　　　　CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Part C—RECEIPT**

　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____
　　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

Jeanine Santiago Reg No. 92639-022     BP-10 No. 437694F1   FCI Dublin  1/26/07

Administrative remedy response #3, indicates that "you claim staff has not responded to your medical needs." Actually I have requested in writing and multiple times verbally to be seen by an outside physician, Dr. Jupina, to have the clicking and pain issues that remain unresolved in my neck, diagnosed. Therefore my medical needs have indeed NOT been addressed.  If the reviewer would have investigated this issue and followed-up, the reviewer would have indeed discovered that all medical needs have NOT been met.

Relief requested:

1)  Under the Freedom of Information Act , FOIA, I am requesting copies of all safety and medical incident reports that have been filed to date.  I have made several requests for these documents in writing to safety and medical without any response.  I have also asked for a copy of my medical file.  I was told it would take 30 days.  It has been over 60 days and I still do not have my medical file.  I would like my medical records too please.

2)  I am requesting punative damages once administrative remedy has been exhausted.

3)  A safety evaluation performed by OSHA from an outside OSHA representative unrelated to BOP.

4)  Safety to be informed each and everytime an inmate is injured on the compaound whether the incident is work related or not.

For the record  the following are issues that I feel need to be added to reflect the climate of this incident and the potential for abuse and retaliation--cover-up.
I asked Ms. Anderson for a receipt for the BP9's I filed.  There were 2 of them.
Mrs. Anderson would not provide me a receipt for either BP-9.  On 12/28, I sent a cop-out to Ms. Rutledge requesting a receipt for the BP-9's I submitted to Ms. Anderson.  (see attached) Ms Rutledge indicated in her response that she DID NOT have a BP-9 for me.  (SEE ATTACHED) They had mysteriously disappeared.
However, Mrs. Bernadini had already began processing the BP-9's and investigated the incident.  I asked Ms. Bernadini in Unicor, how to go about getting a receipt for the BP-9s she was working on, and I told her that Ms. Rutledge did not have a record of either BP-9.  I also told Ms. Bernadini that the time had lapsed for both BP-9's and that I did not have a response. She indicated she would look into it.
   The next day both BP-9s were sent to me via institutional mail.  One had not been responded to and the other had a response attached.  The response was for ADmin Remedy No. 437694-F1, This administrative remedy.  The other remains unresponded to.
I was threatened at mainline by the AW, who stated that she was told I was doing "YOGA" at the time of the injury and if that turned out to be true, she would take all my "things, and lock me in suicide watch.  I was not doing Yoga, and the attached statements from my roomates will confirm that.
I was threatened by Mr. Goldstien who told me that I "had better drop this, or things will get difficult for me".  There were 2 other inmates injured after me by the same screws that had not been removed at the time **Goldstien**  threatened me, approximately one month after my injury.

cc: Private Attorney

Returned to inmate 1/10/07

BP-S148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: 12/28/06 |
|---|---|
| MRS. Rutledge | |
| FROM: SANTIAGO, Jeanine | REGISTER NO.: 92639 022 |
| WORK ASSIGNMENT: Call Center - Unicor | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

on 12/18

I filed 2 8.5's and I never received responses - I was given 2 9's and I filed those on 12/21, I did not receive a receipt for those either. Could you please send a receipt and copies of the 8.5's Thank You

CC- kept          Please Respond in Writing
(Do not write below this line)

DISPOSITION:

Please check with your counselor concerning the above mentioned BP9s. I have no record of receiving them on 12/21/06.

Thank You.

RECEIVED
JAN 0 3 2007
BY: [signature]

| Signature Staff Member | Date |
|---|---|
| [signature] | 1/4/06 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER    **SECTION 6**

BP-S148.055
SEP 98

*Writing*

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) | DATE: |
|---|---|
| MRS Rutladge | 1/10/07 |
| FROM: Jeanine Santiago | REGISTER NO.: 92639.022 |
| WORK ASSIGNMENT: Call Center V2S | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

With regards to the attached copput in
which you indicate you have received no BP9's from
me; when actuality, the 9's have already been
received and assigned to Ms. Bernadin who has
contacted me to attempt informal resolution and investigate
Please re-check your records and communicate
with Ms. Bernadin, then provide me with a receipt that
shows the timelines for the Administrative Remedy — so that I can
keep in my records. When I submitted the 9's to Ms. Anderson, She informed
me "it is not her job" to give me a receipt" and to contact

DISPOSITION: you — I am clear, so now I again  Thank you Very Mu

(Do not write below this line)

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER       **SECTION 6**

BP-S148.055
SEP 98

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Ms Anderson | DATE: 1/3/07 |
|---|---|
| FROM: J. Santiago | REGISTER NO.: 92639022 |
| WORK ASSIGNMENT: Call Center | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

I was seen by Ms. Bernadini on
1/2 about my BP.9's — I would like
to ask her to print me a
receipt for both of those. Thank you

Please respond in writing

cc-kept by inmate

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

BP-S148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) | DATE: |
|---|---|
| MS. Anderson | 1/10/07 |
| FROM: J. Santiago | REGISTER NO.: 97639.022 |
| WORK ASSIGNMENT: Call Center | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.

I have been informed by Ms. Ritader That you are who if ask for a receipt for the 2 BP-9's I submitted to you on 12/21/07. I have not received a receipt or a response to either one. I feel that this is interfering with my inmate remedy process

PLEASE RESPOND IN WRITING     (Do not write below this line)     cc/kept by inmate

DISPOSITION:

_____     _____
Signature Staff Member                    Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                              and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**

094-R1                    SANTIAGO, JEANINE                    92639-022
FCI DUBLIN

This is in response to your Administrative Remedy Appeal of the
Warden's decision dated January 11, 2007, in which you allege you
were injured by a screw from the bunk bed, did not receive timely
medical attention, and the Safety Department did not correct the
problem when requested. You request that you receive punitive
damages, safety evaluation by the Occupational Safety and Health
Administration (OSHA), and that the Safety Department be informed
of all injuries. You further request copies of your safety and
medical records.

Your appeal has been investigated. Medical records indicate you
received treatment within ten minutes of your injury on
December 3, 2006, and were later sent out for follow-up treatment
by an outside physician. The Safety Department responded to the
hazard of the screws as soon as they were notified of the problem
on January 4, 2007, and had the extended screws shortened by the
Facilities Department. The Safety Office has no record of any
hazards of this type reported prior to your accident. The Safety
Office receives copies of injuries from Health Services via an
Inmate Injury Assessment form BP-362. Further, accidents of this
type are investigated by Institution Safety staff per P.S.
1600.8, Occupational Safety and Environmental Health, not OSHA.

The Administrative Remedy process does not provide for monetary
damages. Claims for Damage, Injury or Death must be submitted to
the Office of the Regional Counsel under the provisions of the
Federal Tort Claims Act, 28 U.S.C. 2671, et seq. You can obtain a
tort claim form at the inmate library. You may request copies of
your medical records from Health Services at the institution. The
Safety Department does not generate accident reports for non-work
related injuries.

We concur with the Warden's decision. This response is for
information only.

If dissatisfied with this response, you may appeal to the Office
of the General Counsel, Bureau of Prisons, 320 First Street, NW,
Washington D.C. 20534. Your appeal must be received at the
General Counsel's Office within 30 calendar days of the date of
this response.

2-16-07
_____                    _____
DATE                                  Robert E. McFadden, Regional Director

*Softey*

# PROOF OF SERVICE

I, __JEANINE SANTIAGO__ , the undersigned, certify that on the __8__ day of __March__ , 200 __7__, I mailed a copy of the document and all attachments via First Class mail to the following parties at the addresses listed below.

__Office of General Councel__
__Bureau of Prisons__
__320 First Street N W__
__Washington D C 20534__

# PROOF OF SERVICE FOR INCARCERATED LITIGANTS

In addition to the above Poof of Service, all litigants who are currently incarcerated should include the following statements with all documents to be filed with the Court.

I certify that this document was given to officials on this date for forwarding to the United States District court for the District of __California__ .

I further certify under penalty of perjury that the forgoing is true and correct.

Respectfully submitted this __8__ day of __March__ 200 __7__.

Name __Jeanine Santiago__          *[signature]*

Number __92039.022__

5701 8th St., Camp Parks

Dublin, CA  94568

Pursuant to **Houston v. Lack**, 487 U.S. 266 (1988). Under Title 28 U.S.C. §1746. "Pro se litigant's pleadings are filed at the moment of delivery to prison authorities.'

RECEIPT - ADMINISTRATIVE REMEDY

DATE: APRIL 6, 2007

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JEANINE HELEN SANTIAGO, 92639-022
      DUBLIN FCI     UNT: B    QTR: B03-191U

THIS ACKNOWLEDGES THE RECEIPT OF THE CENTRAL OFFICE APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 437694-A1
DATE RECEIVED   : MARCH 29, 2007
RESPONSE DUE    : MAY 8, 2007
SUBJECT 1       : SAFETY, SANITATION, ENVIRONMENTAL CONDITIONS
SUBJECT 2       :
INCIDENT RPT NO:

TO:   OFFICE OF THE GENERAL COUNSEL
      BUREAU OF PRISONS
      320 FIRST STREET NW
      WASH, DC. 20534


FROM: JEANINE SANTIAGO
      92639-022
      5701 8th street
      DUBLIN, CA. 94568

                                              May 17. 2007


      Dear Sir or Madam;
           This correspondance is in regard to Remedy ID# 437694-A1, which your office
      received on March 29, 2007 and for which a response was due on May8, 2007.  I have
      not been informed of your intention to extend  this deadline, and therefore my only
      recourse is to deem this as a denial at your level and to proceed as appropriate.

                                   Sincerily,
                                      Jeanine Santiago

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

| From: | Jeanine Santiago | 92639-022 | B | FCI Dublin |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A—REASON FOR APPEAL** This is an appeal from the Regional level of the Administrative Remedy. Per the date received noted by the officer handing out institutional mail on 3/1/07, the Regional response dated 2/16/07, is irrelevant for the purposes of timely filing, because it was not rec'd by the inmate until two weeks later as duly dated by the officer on 3/1/07. Per policy when an administrative remedy is returned to the inmate with a response all the attached COPIES of ex--hibits are to be returned as well. The inmate is tasked with PAYING for the copies and must attache them at every level of the administrative remedy. **THE REGIONAL OFFICE FAILED TO ATTACHEDANY OF THE COPIES MADE AND PAID FOR BY ME—THUS FORCING ME TO PAY ADDITIONAL FEES TO RECOPY NUMEROUS EXHIBITS IN QUADRUPLE TO CONFORM TO THE RULES OF ADMINISTRATIVE REMEDY—THIS IS ANOTHER EXAMPLE OF THE CAVALIER CONS--SIDERATION GIVEN TO PROCEDURE REQUIRED BY CONGRESS AND NEGLECTED BY BOP.** In the response the reviewer failed to read the attachements or previous levels of remedy—if they had been READ the reveiwer would not have responded to issues the way he/she did. The reviewer indicates in the response that, "treatment was in 10 minutes of injury on Dec.3". A sincere and FAIR-Comprehensive investigation would reveal that, Mr. Cardenas called medical following my injury—which occurred during count—and then waited. No one responded to the call the medical (as indicated in the BP-9 and 8.5). Only after medical DID NOT respond did..

_____          _____
DATE                                              SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____          _____
DATE                                              GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.          UNIT          INSTITUTION

SUBJECT: _____

Mr. Cardenas offer escort the TB medical--as I was bleeding from my neck and the towel was bloody. More time than 10 minutes had passed as count had been held up for sometime. An investigation WOULD have revealed this as TRUTH. Medical did not respond--I WALKED TO MEDICAL. Reveiwer indicates that Safety responded on JAN.4, **"as soon as notified 1/4/07."** This absolutely not true. SAfety was intially notified of the hazard on 10/27/06, when I was injured before--and as indicated in the response--"the safety office receives copies of injuries from health services via a....BP362...and are investigated. BY the Safety offices own admission they were notified prior to 1/4/07.**BUT IF THAT WAS NOT ADEQUATE NOTIFICATION,** here are a list of additional notifications prior to 1/4/07, that should substantially controvert Safety Dept.s statement that their first notification was 1/4. 1) 10/26, screw cut open my scalp and I was seen in the Lt's office by Lt. Hopkins, he took the report at 11:30pm, and I was seen at his direction by medical 10/27. This should have generated 2 reports to safety BP 362 and LT report. 2) 11/6/06, cop-out sent to Safety (attached) requesting screw be removed--this generated a third notification to safety. 3) BP 8.5 was filed regarding the hazard and a request to have the screw removed--4th notice to safety. 4) Dec 3, I was injured on the screw again--according to the response since I was seen in medical and sent outside for medical care--a BP 362 was generated to safety thus providing a 5th notice prior to 1/4. 5) 12/19, a BP-9 was filed pursuant to the same safety hazard from the screw, and it listed all the rooms that still had screws protruding from the bunk beds. The additional rooms were listed **because, on 12/6/06, I talked face-to-face with Mr. Blassengame--from safety--and handed him the attached cop-out requesting that the screw be removed.** He falsly indicated that **"a room by room inspection throughout ALL the housing units " had been conducted and the "hazards were corrected 12/6/06."** (See Attached) This cop-out has two very important factual issues--**SAFETY WAS INDEED NOTIFIED PRIOR TO 1/4/07--BY THEIR OWN WRITING IN THIS COP-OUT--AND THE SCREWS THAT SAFETY CLAIMED HAD BEEN REMOVED FROM ALL HOUSING UNITS HAD IN TRUTH NOT BEEN REMOVED. EVIDENCE OF THIS IS ON THE BP-9 FILED 12/19, THAT LISTS THE ROOM IN "B" UNIT ONLY THAT STILL HAVE SCREWS PROTRUDING FROM THEIR BUNKS.** (see attached BP-9) This is the 6th and 7th notice to safety which includes a written statement from Mr. Blassengame on 12/7/04, **PROVING SAFETY KNEW ABOUT THE SCREW LONG BEFORE 1/4/07, AND NEGLECTED TO RESPOND--OR DO ANYTHING---RATHER THEIR INTENT WAS TO COVER UP THE HAZARD.** 8) 12/6/06, Ms/ But, AW, came by my room and saw the screw herself, and shortly thereafter someone from facilities came and cut off the screw. This is the eighth notice to safety (from the AW) prior to 1/4/07. 9) 12/12/06, another inmate was injured on the screw and had stitches--Ofelia Johnson--a BP 362 should have been sent to Safety from health services. This injury could have been prevented. Nineth notice to safety. 10) 12/22, another inmate was injured by the screw on her bunk--Elvia Valencia and a BP-362 should have been sent to safety from herlath services giving notice to safety a tenth time prior to 1/4/07. 11) 12/27/06, Valencia filed a BP-9 for the hazard giving notice to safety for the eleventh time prior to 1/4/07. **SAFETY WAS GIVEN ADEQUATE NOTICE PRIOR TO 1/4/07 OF THE HAZARD AND DID NOT TAKE CORRECTIVE ACTION TO PREVENT FURTHER HAZARD TO INMATES.** The reviewer indicated that"accidents like this are inves-tgated by safety" This is blatantly false and intentionally misleading. If ANY investigation would have been done two additional injuries would have been prevented. 10/26-Santiago injured by screw and sent to medical.**NO INVESTIGATION.** 11/6-7 cop-out and face to face with safety regarding screw hazard. **NO INVESTIGATION.** 12/3/06 Santiago neck injury. **NO INVESTIGATION.** 12/6 AW notified Safety to remove the screw. **NO INVESTIGATION.** 12/12/06 another inmate is injured by a screw requiring stitches. **NO INVESTIGATION.** 12/18 BP8.5 filed regarding screw 12/19 BP-9 filed regarding screw. **NO INVESTIGATION.** 12/27 BP-9 filed by inmate Valencia regarding screw hazard. **NO INVESTIGATION.** 1/4 Balssengame, Goldstien, AW Butts, Ms. Anderson, Ms. Boyton, came to my room at 7am and woke me up to re-enact the incident that caused the injury. Goldstien was yelling at me trying to make me say this was my fault and intimidate me into droppin the administrative remedy. He told me that if I did not drop it **"THINGS WOULD GET HARD FOR ME".**
RELIEF: SAME AS REQUESTED IN BP-8.5, BP-9, BP-10. I HAVE NOT RECEIVED ANY RECORDS I HAVE REQUESTED--EVEN THOUGH I HAVE BEEN TOLD I HAVE. I HAVE NOT

Administrative Remedy No. 437694-A1
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal in which you claim to have sustained a serious injury
because of a bolt protruding from the lower portion of the bunk
bed to which you are assigned.  You claim staff did not respond
to the concerns you presented to them in a timely manner.  You
request punitive damages, the institution be evaluated for safety
concerns by the Occupational Safety and Health Administration
(OSHA), and copies of records pertaining to the issues you
raised.

We have reviewed the merits of your appeal, and find the Warden
and Regional Director sufficiently addressed the concerns
pertaining to the hazard in your assigned cell.  Our information
indicates the hazard in your cell was corrected.  We also find
staff assigned to Safety and Facilities canvassed the housing
units in search of similar hazards and corrected them as they
were encountered.  If, by chance, such hazards were missed and
still exist, we encourage you to report them to a member of the
administration immediately.  Based on our information, further
review of this matter is not required.

As to your request for records, we must inform you Program
Statement 1351.05, Release of Information, requires you to make
such a request under the Freedom of Information Act (FOIA).  Your
request must be specific, in writing, and addressed to the
Director, Bureau of Prisons, 320 First Street, NW, Washington,
D.C.  20534.  Both the face of the letter and envelope should be
clearly marked, "Freedom of Information Request."

You also request punitive damages.  For your information, we
advise you this program is not the appropriate mechanism by which
to seek such relief, but 28 CFR § 543.31 identifies those
individuals entitled to file a Tort Claim.  If you wish to pursue
a claim for monetary relief, you must file under the Federal Tort
Claims Act.

We therefore concur with the responses provided.  Accordingly,
this response is for informational purposes only.

_5/25/2007_
Date

Harrell Watts, Administrator
National Inmate Appeals

| | | | |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**A- INMATE REQUEST** I am filing this BP-9.0 following the submittal of an 8.5--informal lution attempt for which there has been no resolve attained. The BP 9.0 is timely filed uant to the rules of CFR 542.13. On 12/3/06, I was seriously injured when I climbed from the top bunk, after being abruptly awakend for count at 10AM. Slightly disoriented and was impaled on a screw protruding from the bunk step. The screw ripped open the in my neck which resulted in 16 stitches in my neck and a sightly scar. The laceration y neck came within centimeters of my jugular and coratid artery. This is not the first y sustained from this screw, and other screws on the compound. Last month I was ed from the same screw while getting into my locker. I scrapped a piece of flesh from scalp. Last month I wrote a cop-out following the scalp injury--to safety requesting the w be removed. It was not removed. (copy attached). On 12/3/06, when I was injured officers called the PA quickly, but the response was not quick. After noone from health ices responded, I was required to walk to health services--slightly disoriented and dazed. PA asked me what happened and I explained to her the best I could at the time. She rmined that the injury was severe enough to require outside medical treatment. I was sported to the emergency room and received 16 stitches in my neck. It was a traumatic rience, that has left me with an unsightly scar for the rest of my life. I feel that th services has not adressed all my issues and concerns regarding my injury. I have had ble with my neck following the injury and have asked to see the ortho/doctor. I am having

_(continued)_

| | |
|---|---|
| 9/06 DATE | SIGNATURE OF REQUESTER |

Administrative Remedy MEDICAL

**B- RESPONSE**

| | |
|---|---|
| DATE | WARDEN OR REGIONAL DIRECTOR |

tisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

IGINAL: RETURN TO INMATE

CASE NUMBER: _____

CASE NUMBER: _____

**C- RECEIPT**

n to:

| | | | |
|---|---|---|---|
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

CT:

| | |
|---|---|
| DATE | RECIPIENT'S SIGNATURE (STAFF MEMBER) |

BP-229(13)

Continued....                                Reg # 92639-022

shooting pains in my neck and my fingers keep going numb. There is a clicking
sound in my neck that sounds like bone rubbing against bone. My range of motion
when moving my head from side to side has been impaired significantly. In the last
three weeks I have been to health services several time and have seen several PA's
I have been told to sign up for sick call; that my pain is due to the Christmas Holi
that I am feeling "down" due to the Christmas season; and so on. I feel I am being
placated and that no-one is listening to me. I can not continue to take the medicati
as a bandaid action. The medication side effect sheet indicates that the medication
are not suppose to be taken for more than 2 weeks at a time.
AS my relief I am requesting:

1) Punative damages once the administrative remedy has been exhausted.
2) To be seen by the ortho-physician from the outside. DR. Jupina.
3) Health services evaluation to be performed by an outside agency unrelated
   to BOP.

cc:  Copy provided to private attorney

# CERTIFICATE OF SERVICE

I certify that the following document _BP 10    Re: MEDICAL_

_____, was placed in the institution mailbox

(first-class postage, prepaid). Said document was sent to the following

individual on the date listed below. Pursuant to Houston v Lack, 487 U.S.

266 (1988). Under Title 28 U.S.C. §1746. "Pro se litigant's pleadings are

filed at the moment of delivery to prison authorities."

_1/29/07_____        _Jamine Santiago_____
          DATE                           SIGNATURE OF PERSON MAILING


United States Attorney Office        U.S. District Court

_Copy retained by inmate_

*1/17/07*

U.S. Department of Justice

Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Jeanine Santiago                    92639-022              B              FCI Dublin
    LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.          UNIT           INSTITUTION

Part A—REASON FOR APPEAL    I am appealing the attached administrative remedy.  No response for the BP-9 is attached, because no response was provided to me.  I received the BP-9 back through the institutional mail on 1/18/07 from Mr. Chavez in A/B.  I asked my counselor Ms. Anderson for a receipt for the BP-9 on multiple occasions. She would not provide me a receipt.  I wrote her a cop-out (attached) requesting a receipt and I received no response to the cop-out.  Since no response was provided to me in the "allotted time" pursuant to CFR §542.18, "if the inmate does not receive a response within the time alloted...absence of a response is a denial at the level", I am herein submitting this Appeal for review.  The 8.5 is attached.  As indicated on the attached BP-9, I was seriously injury and now permanently scared from a screw protruding from the step on my bunk.  I had been previously injured on my scalp and requested that the screw be removed.  Two subsequent injuries occurred following mine THAT SHOULD HAVE BEEN PREVENTED BY THE REMOVAL OF THE SCREW AFTER MY INJURY.  When the officer called for medical following my injury, they did not respond.  I was forced to walk to the health services building with blood pumping from my neck.  The injury missed my jugular and coratid arteries by a hair.  I still have a clicking problem in my neck as well as occasional pain and neck stress.  I have asked to be seen by an outside physician, Jupina, but I have not been seen as yet. I have also received inappropriate cop-out responses from Dr. Ezaz in which she...

_____                                    _____
DATE                                                      SIGNATURE OF REQUESTOR

Part B—RESPONSE

_____

_____

_____                                    _____
DATE                                                      REGIONAL DIRECTOR
If dissatisfied with this response, you may appeal to the General Counsel.  Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                              CASE NUMBER: _____

_____
Part C—RECEIPT                                          CASE NUMBER: _____

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.          UNIT           INSTITUTION

SUBJECT: _____

BP-10  Appeal to the Regional Office in Dublin

Jeanine Santiago  92639-022  1/27/07

...indicates that I should continue my "pain medication". (see attached) I have no pain medication prescribed. I am concerned that the health services providers are not professional or educated adequately. I have gone to health services many times and seldom receive an appropriate resolution to the issues I raise. I still have pain and stress in my neck as well as a clicking problem and muscle pain.

As my relief I am requesting:
1) punative damages
2) Tort Claim form for Washington DC
3) To be seen by Dr. Jupina and evaluated by an outside physician.
4) To maintain a reduced schedule of hours at the Call Center until I am returned to normal or can function without stress to my neck.
5) Evaluation by an outside plastic surgeon to have the un-sightly scar removed.

cc:  Copy provided to private Attorney

BP-S148.055
SEP 98

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Ms. Anderson | DATE: 1/3/07 |
|---|---|
| FROM: J. Santiago | REGISTER NO. 92639022 |
| WORK ASSIGNMENT: Call Center | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I was seen by Ms. Bernadini on 1/2 about my B.P. 9's - I would like to ask them to print me a receipt for both of those. Thank you

Please respond in writing

cc- kept by inmate

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

BP-S148.055
SEP 98

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) *Ms. J. Mattson* | DATE: 1/10/07 |
|---|---|
| FROM: J. Santiago | REGISTER NO.: 92639.022 |
| WORK ASSIGNMENT: Call Center | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I have been informed by Ms. Rutledge
that you are who I ask for a
receipt for the 2 BP-9's I submitted
to you on 12/21/07.
    I have not received a receipt
or a response to either one.
    I feel that this is interfering
with my inmate remedy process

PLEASE RESPOND IN A TIMELY              CC/Kept by inmate

(Do not write below this line)

DISPOSITION:

---

| Signature Staff Member | Date |
|---|---|

Record Copy - File, Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER           **SECTION 6**

BP-S148.055
SEP 98

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) DR EZAZ | DATE: 12/30/06 |
|---|---|
| FROM: Jeoninen Sontiago | REGISTER NO. 92439.022 |
| WORK ASSIGNMENT: Call Center | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I would like to request an appointment to see you about my neck injury. I have not been examined since this happened on 12/3 and I am experiencing alot of pain and difficulty. I have been to sick call 6 times this month and am having a hard time getting an appointment to see you. Please respond in writing

CC - kept by inmate

(Do not write below this line)

DISPOSITION:

Your x-rays showed muscle spasm with mild degeneration of your C-spine — So, you have to continue your pain medication religiously. There is nothing I can add to your treatments. It takes time for relieved your problem.

| Signature Staff Member BELEN EZAZ, MD CLINICAL DIRECTOR FCI DUBLIN | Date 1/12/07 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 27, 2007


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : JEANINE HELEN SANTIAGO, 92639-022
      DUBLIN FCI    UNT: B    QTR: B03-191U
      5701 8TH ST - CAMP PARKS
      DUBLIN, CA 94568


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 447124-A1     CENTRAL OFFICE APPEAL
DATE RECEIVED  : MARCH 19, 2007
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.   YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,   REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

April 27, 2007,

Jeanine Santiago #92639-022
Dublin FCI

    RE: 447124-A1

Dear General Counsel Administrative Reviewer,

    I am in receipt of your "rejection notice" dated  March 27, 2007,
in which you indicate that my administrative remedy BP-11 has been rejected
for: 1) submitted my appeal at the wrong level. 2) must file a BP-9 at the
institution level.

    First you are correct the BP-9 must be filed at the insitution first before
filing a BP-10--**IT WAS.** Mrs Bernadini investigated and attempted to informally
resolve the matter.  **NO RESPONSE WAS RECEIVED.**

    Following the procedures outlined in 28 CFR 542.18, if a response is not
received in the allotted time then the inmate can assume denial and appeal to
the next level.  **WHICH I DID.**  The BP-10 as well was not responded to
in a timely manner so guess what?  I consulted 28 CFR 542.18, again which
again  indicates  that the next level is the BP-11 if no response is received.
No response eqates a denial.

    The appeal is appropriately filed.  The BP-9 was not attached because the
institution did not return the originals to me as they **are suppose to.** I contacted
my attorney whe sent me a copy in and it is attached in quadruple copy for your
review.

    This BP-11 is appropriately filed and resubmitted to you for resolve.
Thank you in advacne for your **effient and APPROPRIATE RESONSE** to
the issues raised.  I trust the appeal will be read in it's entirity and
responded to timely and with expert care.

    Respectfully,

    Jeanine Santiago.



REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 8, 2007


FROM: ADMINISTRATIVE REMEDY COORDINATOR
       CENTRAL OFFICE

TO  : JEANINE HELEN SANTIAGO, 92639-022
       DUBLIN FCI    UNT: B   QTR: B03-191U
       5701 8TH ST - CAMP PARKS
       DUBLIN, CA 94568


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 447124-A2     CENTRAL OFFICE APPEAL
DATE RECEIVED  : MAY 7, 2007
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.   YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,   REGIONAL OFFICE, OR  CENTRAL
                 OFFICE LEVEL.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REMARKS        : THIS ISSUE MUST BE ADDRESSED AT THE INSTITUTION
                 FIRST BE APPEALING TO THE NEXT LEVEL.


RECEIVED
MAY 2 3 2007
BY:

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: Jeanine Santiago  92639-022  B  FCI Dublin
  LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION

**Part A—REASON FOR APPEAL** I am appealing the attached BP-10 pursuant to CFR 542.18, for failure to respond at any level to the BP-9 or BP-10. They just have failed to respond. According to the CFR if a response is not satisfactory, the inmate can consider it a denial and progress to the next level. **I BELIEVE THAT NO RESPONSE IS UNSATISFACTORY.** Since ther is no response to controvert, I am simply re-stating the same claims as previously alleged and directed at the negligence of Health Services. Please take the time to **FULLY REVIEW THE ATTACHEMENTS AND ADMINISTRATIVE REMEDIES.** I was injured on a screw in my room that protruded from the bunk bed. The officer Mr. Cardenas called for Health Services to respond. I had been seriousl injured and was bleeding. A screw had impaled the left side of my neck within centimeters of my jugular and coratid arteries. The injury required a visit to the hospital, and i have sustained a scar approximately 3 1/2 inches long and 1 inch wide. It is unsightly. After waiting a significant amount of time for Health Services to respond, and after receiving **NO RESPONSE** Mr. Cardenas had me walk on my own to health services holding a blood soaked towel to my neck. This was during count and ther were no other patients in the clinic when I arrived. I have asked medical for records of the incident and a copy of the BP-362 that was sent to SAfety (supposedly) but they have yet to provide any records. I still have a clicking noise in my neck that I have repeatedly asked to

_____      _____
DATE            SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

MAR 1 9 2007

Administrative Remedy Section
Federal Bureau of Prisons

RECEIVED

MAY 0 7 2007

Administrative Remedy Section
Federal Bureau of Prisons

_____      _____
DATE           GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE    CASE NUMBER: _____

**Part C—RECEIPT**

             CASE NUMBER: _____

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL  REG. NO.  UNIT  INSTITUTION

SUBJECT: _____

_____     _____
DATE        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

Jeanine Santiago  92639-022   3/3/07  BP-11                Pg. 2

...have seen by a specialist.  Dr. Ezaz indicated that I should continue my pain medication.  I was never given pain medication--**even though it was precribed by the emergency room at the hospital.**

I have gone to health service several times  and have written to them  many times for records, and additional medical issues resulting from my injury.  I have yet to be seen by the specialist--Dr.Jupina--Nor have I received my medical records; incident report or BP-362.

In fact, I have not even received a response to my BP-9, or BP-10 even though they were filed timely with Staff--Ms. Anderson for the BP-8, and Ms. Bernadini talked to me about the BP-9, but no response was received.  The BP-10 was mailed 1/29/07 timely though institutional mail as evidenced by the attached CErtificate of mailing.  **NO RESPONSE HAVE BEEN RECEIVED AS REQUIRED BY CFR 542.18, AND BOP POLICY.**

Relief:
Punative Damages
Tort Claim form
Appointment with an outside specialist--Dr. Jupina for the neck "clicking"
Appointment with Plastic Surgeon--to fix the scar to my neck.
Maintain a part time schedule at the Call Center to keep a low stress environment.

This administrative remedy is submitted with the exressed understanding
that no retaliation--directly or indirectly will occurr towards me--Administrative
Remedy is a right and a requirement of Congress for inmates grieving
circumstances while incarcerated--no retaliation for asserting this right
can come to the inmate**

P5 1330.13(F)
11/30/02
Attachment A

## INFORMAL RESOLUTION

INFORMAL RESOLUTION INSTRUCTION: Staff must complete and attach the original of
this form to each BP-9 when the complaint cannot be informally resolved. The BP-9 will not be
accepted without this completed form.

| Name: Jeanine Santiago | Reg. No. 92639-022 | Unit: B |
|---|---|---|
| Date BP-9 Requested: | Date BP-9 Issued: | |

Inmate's Request or Appeal: Due to overcrowding unsafe bunk beds have been added to accomodate more inmates. I was injured through no fault of my own, due to unsafe installment of a 1 1/2 screw that protruded from the step on my bunk.  The Bunk bed  step is not standard for the bed and unsafe per OSHA standards.  It cause severe damage to my neck and an unsightly scar that remains to my neck.  The incident could have been prevented if the safety depatment had responded to a cop-out sent a month earlier. NOW DUE TO OVERCROWDING  I am unable to get timely and adequate medical care fro my neck injury.  I have been requesting for 4 months to see the..

Relief Requested: **ISSUE: Overcrowding...RELIEF:**
1) Reduction in inmate population to alieviate unsafe bunk conditions due to overcrowding.
2) Additional medical staff to accomodate excessive increase in inmate population from overcrowding to alieviate unsafe medical care.

Attempted Informal Resolution: *(Yes / No - please explain)*

| Correctional Counselor: *(signature)* | Date: |
|---|---|
| Unit Manager: *(signature)* | Date: |

Jeanine Santiago  #92639-022  3/30/07  Pg.1  BP 8.5

...to see Dr. Jupina. I have since learned that many inmates injured after me have already seen Dr. Jupina, (orthopedic surgeon). I was assured that I would see him Jan 4, 2007. (see attached) I have yet to see him and I keep asking but no response. **I FEEL I AM BEING RETAILIATED AGAINST AND PASSIVELY HARRASSED FOR ASSERTING ADMINISTRATIVE REMEDIES FOLLOWING A LACK OF MEDICAL CARE DUE TO OVERCROWDING.**

When I go to sick call the room is so full of inmates there is standing room only--due to overcrowding. When I attend a medical appointment, it is often rescheduled two and three times due to **overcrowding.** When I am to be scheduled for a specialist **it is not done**--the appointment is not made--WHY? **OVERCROWDING.** When I write to my healthcare provider I do not get an answer to my request--WHY? **Overcrowding.** Attached please find a cop-out--my 5th request to medical records--I have still not received my medical records WHY? **Overcrowding.**

I was sustained an injury to my neck requiring additional medical care that I can't get here at Dublin in a reasonble and timely fashion--WHY? **OVERCROWDING.**

Attached is a copy of the FOIA form I have mailed to Wash DC requesting medical records WHY? **Overcrowding** has made it impossible to get the medical records I need because there are too many inmates and not enough staff!

This administrative Remedy is submitted with the following pages, copies and attachments. All parts of this administrative Remedy must be returned to the inmate **per policy** so that the inmate--me--can pursue additional remedy if I need to.  Included in this admini--strative remedy are:

1) BP 8.5
2) a single additional page 1.
3) 4 copies of a cop-out dated 1/23/07
4) 4 copies of a cop-out dated 3/18/07
5) 4 copies of the FOIA sent to Wash DC

This administrative remedy is submitted with the expressed understanding that NO retaliation
~~U.S. DEPARTMENT OF JUSTICE~~ directly will occur towards me **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons
Administrative remedy is a right and a requirement of COngress for inmates grieving circumstance
while incarcerated-- no retaliation for asserting this right can come to the inmate**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: SANTIAGO, JEANINE      H          92639-022          B          FCI DUBLIN
_____
      **LAST NAME, FIRST, MIDDLE INITIAL**              **REG. NO.**          **UNIT**          **INSTITUTION**

**Part A– INMATE REQUEST** Due to overcrowding unsafe bunk beds have been added to accomodate more
inmates. I was injured in December of 2006 through no fault of my own, due to unsafe installme
of a 1 1/2 half incj screw that protruded from the makeshift step on my bunk bed. It caused sev
damage to my neck and an unsightly scar. This incident could have been prevented had the safet
department responded to a cop out sent a month earlier when I was injuredf on 10/26 asking to
have the screw removed. NOW DUE TO OVERCROWDING I am unable to get timely and adequate medical
care for my neck injury, for which I am still experiencing problems. I have been requesting an
waiting 4 months to see Dr. Jupina. Iave since learned that many inmates injured after me have
already seen Dr. Jupina, (orthopedic surgeon). I was assured that I would see him Jan. 4 (see
attached coput). I have still not seen him and my problem persists. I feel that I am being
retailiated against and passively harrassed for asserting administrative remedies following a
lack of medical care and poor treatment by medical staff after the incident stated. When I go
sick call the room is so full of inmates there is standing room only--due to overcrowding. When
I attend a medical appointment, it is often rescheduled two and three times due to overcrowding
When I am to be scheduled to see the specialist--IT IS NOT DONE--the appointment obviously was
not made although I was told that it was. When I write to my healthcare provider I do not get
an answer-- WHY? OVERCROWDING. Attached please find a cop out---my 5th request to medical record
I still have not received my medical records even though I have been requesting them since 12/0
my cop out to medical records are totally ignored. I have had to mail a FOIA form to Washingto
_____
                    DATE                                    SIGNATURE OF REQUESTER
**Part B– RESPONSE**




_____
              DATE                              WARDEN OR REGIONAL DIRECTOR
*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: _____

_____
**Part C– RECEIPT**                               CASE NUMBER: _____
Return to:

JEANINE SANTIAGO    #92639-022    4/0...07    Pg..1    BP9

requesting my medical records.  It seems that it is impossible to get the medical records that I need because there are too many inmates and not enough staff.  I have written to Ms. Butts and she has responded to me that there is no reason why I cannot have my medical records. Policy states that inmates shall have access to medical records in 513.42. Policy 513.44 states that records will be provided with in a reasonable amount of time after request... and that bureau staff are to provide inmate personal copies of requeste disclosable documents.  I have abided by policy in my methods of requesting this information. There are many instances where policy is not being adhered to due to OVERCROWDING of this facility.


RELIEF REQUESTED

1) Reduction in inmate population to allieviate unsafe bunk conditions due to overcrowding.
2) Additional medical staff to accomodate excessive increase in inmate population from overcrowding to allieviate unsafe medical care.
3) Copies of ALL of my medical records, including reports on both sets of Xrays that I took.
4) Institution adherence to its own policy.

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) MS. KAHN | DATE: 12/6/06 |
|---|---|
| FROM: Jearine Santiago | REGISTER NO.: 92639022 |
| WORK ASSIGNMENT: Unicor S | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.)

I need copies of my
medical records pertaining
to a head injury dated
approx 11/1/06 and my neck
injury and stitches and
all hospital reports dated
approx 12/2/06                As soon as possible
                              Thank you.

CC retained by inmate 12/6/06        Please respond
                                      in writing

--------------------(Do not write below this line)--------------------

DISPOSITION:



| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

BP-S148.055
SEP 98

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) | DATE: |
| Medical Records | 1/3/07 |
| FROM: | REGISTER NO.: |
| Venimo Santiago | 92039-022 |
| WORK ASSIGNMENT | UNIT: |
| Call Center | B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

I requested a copy of my medical
records file on 12/6/06.  I have not
received a response or appointment
to receive them.  I am again requesting
copies of my medical records file

Thank you
Please respond in writing

CC-Kept by inmate (Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER    SECTION 6

*Please Respond in Writing*

S148.055
SEP 98                    **INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**   REC'D JAN 26 2007   **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) AW BUTTE OR Jones | DATE: 1/21/07 |
|---|---|
| FROM: SANTIAGO | REGISTER NO.: 92089022 |
| WORK ASSIGNMENT: Call Center | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

On 12/6 I wrote to Safety for
a copy of the incident report regarding
my accident, as Mr Goldstein indicated
there was an incident report — I
have yet to receive a copy. Could you
please send me a copy.
I requested copies of my medical
records 2 times in the last 2 months
and I have received no response —
I need a copy of my Xray Eval and all reports

                    (Do not write below this line)

DISPOSITION:         back to Oct 06 Thank you

UNDER THE FREEDOM OF INFORMATION ACT - I AM FORMALLY REQUESTING
THIS INFORMATION; MEDICAL FILE & RECORDS; INCIDENT REPORTS FROM SAFETY;
Safety investigation report.

01-26-07

Ms. Santiago, there was no incident report completed.
There was a medical assessment completed which
you have been provided. Any further medical
documentation you are requesting should be through the
medical Department

| Signature Staff Member | Date 01-26-07 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

*copy kept by inmate*

148.055
98                    INMATE REQUEST TO STAFF CDFRM

. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| (Name and Title of Staff Member) | DATE: 1/23/07 |
| Ms. Hernandez | |
| M: J. Santiago | REGISTER NO.: 92639-022 |
| X ASSIGNMENT: Call Center | UNIT: B |

CT: (Briefly state your question or concern and the solution you are requesting.
nue on back, if necessary.  Your failure to be specific may result in no action being
. If necessary, you will be interviewed in order to successfully respond to your
st.

~I have tried to see you ~
times and both times my
appointment was cancelled. The
st time I saw you (and DR EZAZ) on 1/2/07
~EZAZ told you to refer me to see
~JUPINA - I would like to know if
us has been done. I saw DR EZAZ
main line and she confirmed that she
instructed you to Refer me to Jupina
oximately (Do not write below this line) When will I be able
TION: Please Respond in Writing    to see him??

~ make a referral for Orthopedic to see
~ on January 4, 2007 written on your
~.

| Signature Staff Member | Date |
| [signature] | 2/8/07 |
| oy - File; Copy - Inmate | |
| may be replicated via WP) | This form replaces BP-148.070 dated Oct 86 and BP-S148.070 APR 94 |

CTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**

BP-S148.055
SEP 98

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Medical Records | DATE: 2/1/07 |
|---|---|
| FROM: J. Santiago | REGISTER NO. 92639.022 |
| WORK ASSIGNMENT Call Center | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

_This is my second request for_
_my medical file.  Under FOIA_
_If am requesting this information_
_again for a appeal.  Thank you_
_Please kept inmate respond in writing with appointment_

(Do not write below this line)

DISPOSITION:


| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER     SECTION 6

BP-S148.055
SEP 98

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO: (Name and Title of Staff Member) Ms. Basille | DATE: 2/1/07 |
|---|---|
| FROM: J. Santiago | REGISTER NO. 92639.022 |
| WORK ASSIGNMENT: Call Center | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

I have requested my medical records 3 times and have received no response or appointment. Also I was told by DR Ezal and Ms Fernandez that I would be referred to see DR Jopina. I would like to know when I will be seeing him ?? Thank you

Please Respond in writing ✓

(Do not write below this line)

DISPOSITION: Copy Kept by inmate

_____

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**

S148.055
EP 98

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) *Medical Records* | DATE: 3/18/07 |
|---|---|
| FROM: J Santiago | REGISTER NO. 92639.022 |
| WORK ASSIGNMENT: *Call Center* | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I have requested copies of my medical records since 12/6/06. This is my 5th request. I respectfully request that I be placed on the call out to receive copies of my medical records. I have been informed by the warden that this is the appropriate way and means of obtaining them.

(Do not write below this line)

Thank you

DISPOSITION: Please Respond IN WRITING

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**

BP-S148.055 **INMATE REQUEST TO STAFF** CDFRM
SEP 98

**U.S. DEPARTMENT OF JUSTICE**                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) *Medical Records* | DATE: *3/29/07* |
|---|---|
| FROM: *J Santiago* | REGISTER NO.: *92639.077* |
| WORK ASSIGNMENT: *Call Center* | UNIT: *B* |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.)

*This is my 6th attempt to request copies of my medical records from you - particulary my x-ray results. I am requesting these again!*

*Thank you*

*Please respond in writing*

*Copy Retained*

(Do not write below this line)

DISPOSITION:

|  |  |
|---|---|
| Signature Staff Member | Date |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

Printed on Recycled Paper

REQUEST FOR MEDICAL RECORDS

Office of the General Counsel
U.S. Department of Justice
Federal Bureau of Prisons
320 First Street, NW
Washington, DC 20534

RE: The Medical Records of:

Name: __Jeanine Santiago_____    Reg. No.: __92639-022_____

DOB: __4/18/69_____    Place of Birth: __New YOrk_____

To Whom It May Concern:

      Pursuant to 28 C.F.R. Section 1641(b), I am requesting the Bureau of Prisons forward a copy of my medical file to the following:

           __Jeanine Santiago    92639-022_____

           __5701 8th Street_____

           __Camp Parks_____
           __FCI dublin, cA. 94568_____

      I have enclosed a medical records release form that is signed by me and notarized by a Notary Public. If there is any cost involved, I will gladly reimburse the Department of Justice.

      I would appreciate an expeditious reply to this request. Thank you in advance for your prompt attention to this matter.

Sincerely,
      Jeanine Santiago


_____    Date: __4/02/2007_____

Name:     __SAME AS ABOVE_____
Address:    _____

          _____

          _____

          _____

cc: Regional Legal Counsel

EXHIBITS

## TABLE OF CONTENTS OF EXHIBITS

A. Illustration of bunk bed, step and screw hazard
B. Diagnosis from Valley Medical and Xray results
C. Prescription from Valley Medical Attending Physician
D. Statement of Becky Hunter
E. Journal entry for December 7, 2006
F. Statement of Mary J. Quindo
G. Statement of Monica Lopez
H. Statement of Teresa Velasquez
I. Statement of Elvia Valencia
J. Journal entry for January 3, 2007
K. Journal entry for January 4, 2007
L. Journal entry for January 5, 2007 AM
M. Journal entry for January 5, 2007 PM
N. Journal entry for January 6, 2007
O. Journal entry for January 18, 2007
P. Journal entry for January 22, 2007
Q. Journal entry for January 30, 2007
R. Journal entry for February 1 and 2, 2007
S. Cop Outs to Dr. Eaza and MLP Hernandez
T. journal entry for February 26, 2007
U. Journal entry for March 1, 2007
V. Journal entry for April 23, 2007
W. Dublin Medical Records SOAP chart for October 19 and 27, 2006
X. Journal entry for May 1, 2007
Y. Discharge orders from Valley Medical Center Attending Physician

7ft by 12ft
Room size

EXHIBIT A



3ft EACH

½ feet x
2 feet
wide

5 Ft
TALL

locker
Doors

Sealed off Little
window openings

TOP
BUNK

Lockers
3 ft TALL

2 feet wide

SCREW
STICKING
OUT

STEP

lower
BUNK

18 inches
Apart

# ValleyCare Medical Center Emergency Department - Pleasanton, CA 94588

| | |
|---|---|
| Patient: SANTIAGO, JEANINE | DOB: 4/18/1969 |
| MR #: 647820 | Age/Gender: 37y F |
| DOS: 12/3/2006 11:56 | Acct #: 300397544 |
| Private Phys: | ED Phys: Cynthia Penn-Duecker, MD |

FACE LACERATION

EXAM: C SPINE LIMITED 2V EXAM DATE: 12/03/2006
CPT Code: 72040 Dept. Loc.: VMC
Acc. #: 1367853 Ord #: 90002
History: Fell off bed and gashed neck.
Technique: AP, lateral and swimmers lateral views.
FINDINGS: There is reversal of cervical lordosis. Small osteophytes project from
the antero- inferior margins of C3, C4 and C5. No significant disc space
narrowing is seen. There appears to be soft tissue air over the left side of the
neck consistent with soft tissue injury.
IMPRESSION:
1. Reversal cervical lordosis with mild degenerative changes.
2. Soft tissue air probably related to known injury.
-------------- End of Report --------------
Reading Radiologist: ANGELO CRUDALE M.D.
CRUDALE M.D., ANGELO
(Electronic signature)
Trans: PSC  Dec  3 2006  4:24P Sign:  Dec  3 2006  4:24P
Reviewed By: Cynthia Penn-Duecker, MD 12/3/2006 16:22

**EKG**

EKG.; Reason for exam: Syncope Cynthia Penn-Duecker, MD

Result 12/3/2006 14:21
; Rhythm: Sinus bradycardia ; Rate (approx.): 59
Reviewed By: Cynthia Penn-Duecker, MD 12/3/2006 14:41

**PROGRESS NOTES**
Labs and EKG normal no evidence of why patient had syncope possible vaso vagal since happened when just got up
may also be orthostatic. Will require further work up by MD at FCI. Will dc home with pain medicaton for cervical
pain
CPD 12/04/06 12:15

**DIAGNOSIS**
Laceration - neck, complicated
Strain - cervical
Syncope

**DISPOSITION**

**Nursing**
Disposition is: discharged.
Reassessment prior to disposition: alert and dressing clean and intact
Discharge vital signs done
The patient was discharged to Federal Corrections Institute, Dublin , ambulatory , accompanied by police . The
patient's diagnosis, condition and treatment were explained to patient or parent/guardian. The patient/responsible

# VALLEYCARE HEALTH SYSTEM
## DIAGNOSTIC IMAGING SERVICES

**5555 W Las Positas Blvd**
Pleasanton, CA 94588
(925) 416-3540

**1133 E Stanley Blvd**
Livermore, CA 94550
(925) 373-4040

***Final Report***

EXAM: C SPINE LIMITED 2V                    EXAM DATE: 12/03/2006
CPT Code: 72040                             Dept. Loc.: VMC
Acc. #: 1367853                            Ord #: 90002

History: Fell off bed and gashed neck.

Technique: AP, lateral and swimmers lateral views.

FINDINGS: There is reversal of cervical lordosis. Small osteophytes project from
the antero- inferior margins of C3, C4 and C5. No significant disc space
narrowing is seen. There appears to be soft tissue air over the left side of the
neck consistent with soft tissue injury.


IMPRESSION:
1. Reversal cervical lordosis with mild degenerative changes.
2. Soft tissue air probably related to known injury.


------------ End of Report --------------

Reading Radiologist: ANGELO CRUDALE M.D.
CRUDALE M.D., ANGELO
(Electronic signature)

Trans: PSC   Dec  3 2006  4:24P      Sign:  Dec  3 2006  4:24P


DOB: 04/18/1969                            Name: SANTIAGO, JEANINE
Age: 37Y Acc# 1367853                     MR#: 647820

Class: ER
Visit Doctor: PAUL CHASIN                 Acct#: 300397544
Ordering Doctor:  CYNTHIA S PENN DUECKER   Location: -
Admit MD:  PAUL CHASIN                    Pt Phone: 925-833-7500
                                          Printed: Dec 3 2006  4:10PM

page
1 o2



HEALTH
SYSTEM

0911

EMERGENCY DEPARTMENT
5555 W. Las Positas Blvd., Pleasanton, CA 94588
URGENT CARE
1133 E. Stanley Blvd., Livermore, CA 94550
ValleyCare Medical Center
DHS License # 140000114
Designated Prescriber: Howard Yoshioka, M.D.
A45714 DEA # BY1767740

---

### ValleyCare Medical Center Emergency Department

925-416-3418

| Patient: | SANTIAGO, JEANINE | Sex/Age: | F 37y |
|---|---|---|---|
| Address: | 5701 8TH ST, DUBLIN, CA 94568 | Date/Time: | 12/03/2006 16:25 |

R̄   Vicodin 5mg; Twenty (20); Take one to two by mouth every four to six
hours as needed CAUTION: Causes sedation

**NO REFILLS**

Signature: _Ann Duck, MD_ _____ 12/3/06

                    Signature                    Date

Signed By:   Cynthia Penn-Duecker MD

DEA Number:   BP1162849

12/4/06

HELEN FINE MD
CLINICAL DIRECTOR
FCI DUBLIN

## THIS IS YOUR PRESCRIPTION.

### DO NOT LOSE IT.

*Take it to a pharmacy as soon as possible so that you may begin taking your medicine.*

Prescription is void if more than 1 controlled substance
prescription is written per blank

☐ Do Not Substitute (if not marked then use substitutions as noted above)

| Patient: | SANTIAGO, JEANINE | MR#: | 647820 |
|---|---|---|---|
| Physician: | Cynthia Penn-Duecker, MD | Acct #: | 300397544 |
| Admit Date: | 12/03/06 11:56 | DOB: | 4/18/1969 |

## PRESCRIPTIONS GIVEN:
Vicodin 5mg; Twenty (20); Take one to two by mouth every four to six hours as needed
CAUTION: Causes sedation


## IF YOUR CONDITION WORSENS AND YOU CANNOT IMMEDIATELY SEE YOUR REFERRAL PHYSICIAN, RETURN TO THE EMERGENCY ROOM.

I, SANTIAGO, JEANINE, hereby acknowledge that I have received and understand these aftercare instructions.


    <PTSig>
Patient Signature

    <RepSig>
Representative Signature

Dec 6, 2006

On or about Dec 6, 2006, I approached the A.W. Ms. Butte and asked her to come and look at a screw that was sticking out from an inmates bunk in which she was injured a few days earlier. My concern was for safety.

I asked the A.W. to follow me to the room. When we got to the room, she indicated she would contact someone and have it taken off. Later when I saw Ms. Butt at mainline, she asked me to have Santiago, the inmate who was injured to come see her at mainline.

I told Nina Santiago that the aw wanted to see her when I saw her later that day.

I make this statement freely on this 10th day of December 2006.

Becky Hunter #14737-006

## AFFIDAVIT

I, _Becky Hunter_____, do hereby swear upon my oath that the following statement is true and correct to the best of my knowledge, under penalty of perjury per Title 18 U.S.C.§ 1621 and as Deponent so states:

_See attached statement dated Dec 6, 2006_

This Affidavit, shall be effective beginning on _July 31___, 20_08___, and shall be revoked by separate revocation from the undersigned.

**IN TESTIMONY WHEREOF:** the undersigned has hereunto set her hand; this _31___ day, of _July_____, 20_08___.

EXECUTED on this _31___ day, of _July_____, 20_08___.

_Becky Hunter #14737-006_
(Signature of Deponent)

State of California
County of Alameda

Subscribed and sworn to (or affirmed) before me on this _____day of _____, 20____, by _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(Seal)                           Signature_____

waked up. He responded
to my cop out ~~still~~ in
~~writing~~ my presence -
retained a copy and
I left. He also said that "rey" had
inmate willing to write sworn statements that ~~of~~
Went to mainline" to see
ms. Bere (on her request) and
she asked me if I was doing
yoga at the time of my
incident. I told ~~~~
~~~~ ~~inmate~~ had said
~~~~ for yoga at the
time of my injury, ~~~~
also referred to an incident
last month where I ~~~~
hit my head, ~~~~
~~~~
~~~~
~~~~ my head ~~~~
~~~~ reported to ~~~~
~~~~

*Exhibit E* (written vertically in left margin)

11:30 am (written in left margin)

next day at the LT.'s
insistance with the Sgt.
She further stated
that if she found out
I was in "secty" yoga
in my room", she
would "lock me up
in suicide watch,
and take all my
privileges away," I
assured her that all
I do when in my
room is sitting meditation.
I found it upsetting
to be threatened so,
and that guaranteed for
me, reminded me neither
that if they said
in a statement, so
her "informant inmate" is
not even in my room,
nor was she in my
room at the time
of either accident.

On dec 3 2006 at approximatley
10:00 am during count time, my roomate
monica lopez woke up our other roomate
Jeanine Santiago for count. I witness Mrs Santiago
climb of the bunk to stand up for count, I was
facing the dourway for count and heard a big
Bang against the lockers. Just then I turned around
and saw Mrs Santiago on the Floor and her neck
hanging of the screw that was sticking out onthe
bunk step. Mrs lopez was already trying to help
her up and as soon as we got her up, there was
a huge cut on her left side of her throat
and was Bleeding severely, we yelled for the
officers and they came running to aid her, so
she set on the steps and called for the P.A,
   waited
They

Mary Jane Quindo

02388 093

El dia 12/03/06 como a las 10:00 A.m.
yo desperté a la señorita Santiago para
la cuenta, ella se bajo de la cama y cuando
estaba abajo se desvaneció y cuando la
ayudé a levantarse tenia una herida en
el cuello que se hizo con un tornillo que salia
de la cama, estaba sangrando mucho y
tuvimos que llamar a los oficiales y ellos
la llevaron al medico.

Atte.
Monica lopez Valle
# 12164208.

TRANSLATION:


ON DECEMBER 3, 2006 APRROXIMATELY AT 10:00 A.M., I WOKE  MS. SANTIAGO
UP FOR THE 10:00A.M. STAND UP COUNT.  SHE CAME DOWN OFF HER BED AND
WHEN SHE CAME DOWN SHE BEGAN TO FAINT AND FELL.  I HELPED HER UP
AND SHE HAD A WOUND IN HER THROAT FROM A SCREW THAT WAS STICKING
OUT OF THE FRAME OF THE BED.  SHE WAS BLEEDING HEAVILY AND WE WENT
TO LET THE OFFICERS KNOW, THEN THEY TOOK HER TO MEDICAL.

                                        MONICA LOPEZ

# AFFIDAVIT

I, ___MONICA LOPEZ_____, do hereby swear upon my oath that the following statement is true and correct to the best of my knowledge, under penalty of perjury per Title 18 U.S.C.§ 1621 and as Deponent so states:

SEE ATTACHED STATEMENT FROM 12/03/06

This Affidavit, shall be effective beginning on ___July 27,_____, 20__08___, and shall be revoked by separate revocation from the undersigned.

**IN TESTIMONY WHEREOF:** the undersigned has hereunto set her hand; this ___27___day, of___JULY_____, 20__08__.

EXECUTED on this__28_____day, of ___JULY_____, 20_08__.

_Monica lopez Valle_____
(Signature of Deponent)

State of California
County of Alameda



State of California
County of Alameda

Subscribed and sworn to (or affirmed) before me on this _____day of _____, 20____, by _____, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

**(Seal)**                    **Signature**_____

## Affidavit

I, Therese Velasquez, Fed. Reg. No. 54274-065, sworn under penalty of perjury that the following statements presented below are true and correct to the best of my knowledge.

I, Therese Velasquez, am competent to state the matters set forth, and has personnal knowledge of the facts stated herein. All the facts stated below are true, correct, complete and not misleading, admissible as evidence, and if called upon as a witness, I will testify to their veracity.

(1) I, Therese Velasquez, am a federal inmate at the Dublin Federal Correctional Institution located at 5701 8th Street Camp Parks, Dublin, California 94568, on this 22nd day of December 2006.

(2) On December 3, 2006 during the 10:00 a.m. count I was standing in the doorway of my assigned room when I heard voices frantically calling for assistance. Moments later I heard the officers telling inmate Jeanine Santiago, Fed. Reg. No. 92639-022, to sit on the stairway while they (officers) notified the on duty P.A. to assist them (officers) in a medical emergency.

(3) On December 3, 2006, during the injury emergency I stepped in the lobby area and saw inmate Santiago sitting on the steps and I saw and heard the officers repeatedly attempting to contact the medical personnel on their radio's but they did not receive a response. I saw and heard the officers become very frustrated and after 15 to 20 minutes I heard the officers indicate that they would escort inmate Santiago to the Medical Clinic due to the on duty P.A. not responding to their emergency call.

(4) On December 3, 2006, during the entire 15 to 20 minute wait I saw inmate Santiago holding her neck area with a white towel that was immensely soaked with blood appearing slumped over sitting on the stairway looking very pale and dizzy.

(5) On December 3, 2006, I saw and heard the officers becoming irriated that a wheelchair could not be located in the unit to facilitate inmate Santiago in transporting her to the Medical Clinic and had to subsequently physically assist inmate Santiago walk in her injured condition to be examined by the on duty P.A. at the Medical Clinic due to the P.A.'s failure to respond to the emergency radio call.

(6)  Subsequent to inmate Santiago' injury I addressed the issue of
certain beds having dangerous screws/bolts extending on the side
of the bunk metal step. Inmate Santiago' injury could have been
prevented had the administrative personnel appropriately addressed
this urgent matter that was an institution Safety violation.

(7)  On December 18, 2006, I submitted a Inmate Request to Staff (cop-out)
to the Safety Department and to Warden Clark requesting that these
screws/bolts be removed immediately. I did not receive a response
to this hazardous matter and the screws/bolts were not removed.

(8)  Although I did not personally get injured, I was indirectly mentally
and emotionally injured by inmate Santiago' injury and inflicted with
unnecessary fear by the on duty P.A.'s negligence in properly responding
to a medical emergency incident. In addition, I am experiencing sleep
deprivation and nightmares of being injured, fears of the medical
satff's callousness, gross negligence, and unprofessionalism in
failing to respond to an emergency incident.

(9)  Inmate Santiago is permanently inflicted with a visible disfigured scar
on her neck that could have been prevented had the screws/bolts been
immediately removed when the Safety Department and Warden Clark were
notified by the inmates about this hazardous matter. Furthermore, I
and other inmates are traumatized by such gross negligence that has
occurred at this institution on December 3, 2006.

(10)  Since inmate Santiago' injury I have witness Ms. Santiago suffer
physical discomfort, emotinal distress, and panic attacks prior to
departing to bed.

I, Therese Velasquez, does solemnly swear, declare and state that the statements
and contents contained herein are true, correct, complete, and not misleading, under
penalty of perjury pursuant to §1746, this Affidavit is submitted to the best of my
knowledge, on this 22nd, of December 2006.

Therse Velasquez
Fed. Reg. No. 54274-065
Federal Correctional Institution: Dublin
5701 8th Street, Camp Parks
Dublin, California 94568

BP-S148.055
SEP 98

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) SAFETY DEPT (MR. GOLDSTEIN) | DATE: 12-18-06 |
|---|---|
| FROM: THERESE VELASQUEZ | REGISTER NO.: 54274-065 |
| WORK ASSIGNMENT: RECREATION | UNIT: A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

THERE IS A SCREW\BOLT EXPOSED ON THE SIDE OF THE BEDS METAL STEP THAT NEEDS TO BE REMOVED IMMEDIATELY DUE TO IT BEING A HAZARDOUS AND DANGEROUS SAFETY ISSUE AND VIOLATION. I HAVE SUBMITTED A COP-OUT TO WARDEN CLARK REQUESTING HER AUTHORITIVE INTERVENTION THAT THIS MATTER GETS ADDRESSED IMMEDIATELY. INMATE SANTIAGO WAS INJURED ON 12-3-06 AND SHE HAS A PERMANENT MORBID LOOKING SCAR ON HER NECK. I, MS. SANTIAGO, AND OTHER INMATES ARE EMOTIONALLY AFFECTED BY THIS INCIDENT AND THE P.A.'s REFUSAL TO (Do not write below this line) ADDRESS AN EMERGENCY.

DISPOSITION:                          Therese M. Velasquez

---

| Signature Staff Member | Date |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP -148.070 dated Oct 86
and BP-S148.070 APR 9 4

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

# SECTION 6

BP-S148.055
SEP 96

INMATE REQUEST TO STAFF CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO:(Name and Title of Staff Member) Warden Clark | DATE: 12-17-06 |
|---|---|
| FROM: Therese Velasquez | REGISTER NO.: #54274-065 |
| WORK ASSIGNMENT: Recreation | UNIT: Q |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

Please intervene and immediately have Safety Dept. remove screw/Bolt on the metal step off of the bed. On 12-3-06 Inmate Santiago was injured and everybody feels traumatized by all the negligence by you, Safety, and the medical Personnel. I intend to submit a cop-out to Safety and hopefully they will respond. This could have been prevented but your administration refuse to address it.

(Do not write below this line)

Therese Velasquez

DISPOSITION:

_____
Signature Staff Member          Date

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER    **SECTION 6**

Jan. 30, 2007

I Elvia Valencia #94391-198, was injured On 12/22/06. When I was going up my bunk into a screw that was sticking out of the step on the bottom bunk. Do to this injury I had stiches in my right knee. This occured after Ms. Santiago's injury. I am also filing for Administrative Remedies.

Sincerely,

Elvia J Valencia

I feel very upset right now — I am getting the run around from Ms. Hernandez Hernandez — this is very frustrating and adds to my tension and pain.

**1/3/07** Went to my appt with Hernandez
**9:30** (supposed to see Dr. Ezor) and
**AM** she waved her hand at me
and said "tomorrow, tomorrow"
and then walked back to
the back and did not reappear to
see anyone else. I sat in the
lobby of health services for
on 1½ hours for nothing — This
is my day off and it hurts
~~the~~ for me to sit for too
long, I returned to the
unit at 11:30 am and was
informed by another inmate that
I was being paged by the officer.
I went to the officer and
told her my name and she said
that Mr. Goldstein (the head of safety)
wanted to speak with me. She
tried to call him and left a
message for him. I went to
main line to talk to someone
about medical, I have been
patient and now I am
getting impatient — So I
am approached by Lt Wolf who

asks me how I am doing and I
tell him how I feel, that I am in
constant pain and that no one from
medical will help me, he asked
asked if I am "keeping a record"
and I tell him that I am.
Then another man I do not
know asks my name and I
tell him - on his jacket it says
Goldstien, so I understand that
this is the head of safety -
he invites me outside "where it's quiet
to talk with" Ms. Bernardino -
He says he "just found out about
your (my) accident" from my BP9 -
and he wants to informally resolve
this this. He said that he "was
informed that all the screws had
been removed" When I tried
to tell him that this was not
true and that many rooms
still had the screws and 2 other
women were injured just recently
he told me to have them
come see him, he did not address

The fact that there were are still hazards in the rooms. He told me that my request "to have the units inspected by an out side source would not be granted" and that I should fill out a Tort Claim and that he is "the one who writes the report to the claims adjuster" and that he "couldn't guarantee how much I would get if it was 18$ he might give me 11$" and that he would "confirm that I had been injured in the unit on a hazard in the room" and that "The worse that could happen is that 'they' could say no to my Tort" He tried to get me to agree to "drop the action and to proceed no further with it" I told him and Ms. Bernadin that I could not make that kind of decision right here and there. He asked me who my

Mr Goldstien also said to me that

**NOTE →** "there is a report done to safety even when inquiries are not work related"

This is opposite that Mr Classyomo informed me of — and then why is it MrGoldstien just found out

**cont →** counselor is and I laughed because I have had such a hard time dealing with Ms. Anderson (ie yelling at me and not wanting to help me or answer my questions). He said to come by and see him and he would give me a tort claim form — and to see Ms. Bernadini about "dropping the action" I asked her how I go about seeing her and She said "have the officer or someone in the unit call me" I dont feel comfortable with dropping ~~the~~ this action just like that, I feel that of course they are looking out for their best interest and that I must do the same. I also do not believe they have done all that is necessary to make safe the living space ~~that which ~~ ~~they ~~ I shared with both of

them my concerns about not being seen or treated by medical (which doesn't seem to be a concern of anyones - considering I filed a BP-9 on the same day as the one of safety.) Mr. Goldstein told me to come inside and he would speak to DR. EZAL - he told me to wait by the lunch line, and he went to speak to her, alone - then I could see her talking to him and getting irrate - he call me over and she yelled at me that I needed to go to sick call at 1:30 - I told her that I had been to sick call 6 times and to 2 appts. with M.S. Hernandez and that I had an appoint today and was told to come back. This has been going on all month! I have not once been examined the

since this happened - And
no one had read the "xrays"
that I got! She said
she was going to look at my
xrays - but nothing about
seeing me, nor did she ask
me what's going on with me -
So I left her feeling as
if I did not know what
to do next ???

I am concerned to drop.
this process, no one is advising
me as to my rights - so I
have to go to law library and
read to better understand how
to proceed from here. I feel that
I should continue and that
nothing has been very really resolved

1/4/07    Went to health services - waited
9:30am   til 11:am - finally called in
         by ms hernandez and she asked
         "whats going on with you now"
         I tried to explain to
         her what I am doing and she

since this happened - And
no one had read the X-rays
that I got! She said
she was going to look at my
x-rays - but nothing about
seeing me, nor did she ask
me what's going on with me -
So I left her feeling as
if I did not know what
to do next ???

I am concerned to drop
this process, no one is advising
me as to my rights - So I
have to go to law library and
read to better understand how
to proceed from here. I feel that
I should continue and that
nothing has been internally resolved

1/9/07  Went to health services - waited
9:30am   til 11:am - finally called in
by ms. hernandez and she asked
"whats going on with you now"
I tried to explain to
her what I am feeling and she

K

cut me off and told me that
"DR EZAZ ordered Xrays of my
cervical" I told her I already
had Xrays done of my neck and
she said they "didn't have them".
I told her that I was supposed
to see DR EZAZ and that I'd
been back about 6 times — She
told me that she was just "ordered
by DR EZAZ to do the Xrays" — I
asked again to see the doctor —
She said "come on, I take you
to see EZAZ" I went with her
and she (hernandez) said something to EZAZ in
philipino and then said "THIS is
THE SANTIAGO WOMEN" Dr EZAZ said
"I already ordered xrays for you"
and I told her "I had xrays done
already" And she said "well why
but we have them here" I said "I
dont know" I tried to explain
to her what I am feeling, the
cracking in my neck, the pain
down my arm and the numbness
in my fingers, she insisted

"nothing is wrong with you" I
went on to tell her that I
fell into a #1" screw sticking
out of my bed and was lodged
into it and so my neck was
twisted. She said to me "you
do not have a screw in your neck"
I was confused for a moment,
since that was not at all
what I said to her— But then
her and Hernandez Emphatically
kept insisting to me that there
"is no screw in your neck" I ask
them both if they understood english
Neither one answered me. Then
I asked if I could go to
part time at work, since
the stress of sitting on the phone
for 8 hours is making me feel
worse, and causing me more pain
(2.12) She said they don't do that, I
was asked by my Supervisor
at work (in Elwin) to get something
from medical so they could
switch my hours, and that

was the only way it could be done. ERAS insisted that "medical doesn't do that" and I know that other people on this compond are on part time status from medical, as a matter of fact I spoke to another inmate in the writing room who works partime hours at my job - given to her by medical. I asked MS ERAZ how she "could determine there is nothing wrong with me, when you have never examined me, nor seen my xrays" She all of the sudden decided that she "had seen my xray" and said "oh yes, I remember now, I saw your xray and they were fine nothing wrong" I said to her "honesty ms ERAZ, I don't believe you" I asked to see the orthopedic and she said she would refer

me to the orthopedic. Didn't
say when, or how long that
would take, and then dismissed
me. I felt totally shocked
to be treated that way,
yelled out - absolutely no
care, or concern for my well-
being and blatantly lying
about the X-rays. Insisting
that "you must move your neck"
and doing nothing to look at
my neck or examine me
to see what may be causing
the symptoms. I had none
of these symptoms prior to
the accident, except tension
in my neck caused from long
hours sitting on the phone at
the call center.
        I left there with a
really bad migraine headache
and went to to lunch
and couldn't eat anything —
So I came back to the
unit to lie down.

BP-S622.060 **RADIOLOGIC CONSULTATION REQUEST/REPORT** CDFRM
JUL 99
**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

| Patient Identification Name, Register Number, Institution | Age 37 | Sex F | Examination Requested |
|---|---|---|---|
| Santiago, Jeanine 92639-022 | Pregnant ___Yes ✓No | | C-spine lat, obl. |
| | Diabetic ___Yes ✓No | | Unit B |
| | Requested by Johnson | | Date Requested 12-11-06 |

| Specific reason(s) for request (complaints and findings) |
|---|
| S/p fall injury neck pain & stiffness x 8 days |

| Date of Examination 12-11-06 | Date of Report | Date of Transcription 12/22/06 | Film# |
|---|---|---|---|

Radiologic Report


**CERVICAL SPINE:**

There is mild disc space narrowing and osteophytosis of C4-C5. The vertebral
bodies are of normal height. The prespinous soft tissues are unremarkable.
The intervertebral foramina are of normal caliber.

**IMPRESSION:**     Mild degenerative disc disease of C4-C5.

MEMO 1/29/07
BELEN EZAZ, MD
CLINICAL DIRECTOR
FCI DUBLIN

| Signature  Franklin B. Grossman, M.D. | Location of Radiologic Facility |
|---|---|

Original - Medical Record; Copy - Physician; Copy - Radiology

(This form may be replicated via WP)                    This form replaces BP-S622 dtd AUG 96

Printed on Recycled Paper

I don't understand why I needed to be disturbed from my rest to show her these forms, when I gave them a list on 12/21 of the ones in this unit. She asked if I were going to informally resolve this and file a TORT and I told her at this time "I would not be dropping my process, and that I needed a response to both of my 95's in a timely manner."

1/5/07  at 10' AM this morning I was awakened by Mr. Goldstein, Ms. Butry, Mr. Blasingam and Ms. Anderson coming into my room followed later by Ms. Barton. They were questioning me about my accident and asking me to re-enact it while they were drawing conclusions as to how it happen. Mr. Goldstein tried to say that I caught the

[Blasingame]
[Goldstein]

screw coming up from the
fall, I told him that was
not the way it happened.
He argued with me that "he
had done many of these kinds
of investigations and that
the way my scar looked
(pointing his finger close to
my face) that was the way
it had to happen" I told
them when it happened I
had a gaping hole in my neck
about 3-4" in diameter before
I got stitched up" (I am
grateful to the doctor who
was caring about the
way she stitched me up).
Mr Blass + me asked me
to show them again how it
happened and both men
proceeded to comment that
it were untrue. Ms. Butti
looked at me with a very
mean face and asked me
to show them again what happened"

at this point reenacting the incident is feeling as if I am reenacting the trauma and my body starts to shake and I am having shooting pain in my the back of my head and down my arm now. I ask them "why did you never ask both my roomates what happened?" ~~Mrs. Bush~~ Goldstein said "oh, your roomates were there" I said "yes, it was during count" He said "who's your roomate" Mary Jane Giardo was asleep on the top bunk (which she kindly traded beds with me, since no one else would ~~let~~ move my bed (i.e. ms Andos Ms. Hernadez)) They asked me to step out of the room and all 4 of them (Blassingame, Baughn, & Butte, Goldstein) questioned Mary Jane. They asked "how she got off the bed" "how was she standing" "Was she doing yoga"

She also told them that "this had
happened before when our other
roommate was here (Marta Alicenez)." I
also reported this to staff and
wrote copouts to (ms) Safteg."
"Who else was in the room
~~when she was ~~ ~~ "Was she on the bed
when she fell." To which
Mary Jane replied that
"she climbed off the bed and
was standing by the locker and
fell forward and put her hand
out and missed and fell into
the screw" "That our roommate
thought she was playing or
joking and didn't move to
help her right away" that "both
of us helped her up" she said
she heard a long fall of me
bumping into the single locker
and turned around and she
was hanging off the
screw" She told them that
our other roommate Monica Lopez
said she thought I was
playing, and saw me reach
my hand out to break
my fall and missed the
bar on the bunk and she
(monica) saw me fall into the screw"

NOTE TO SELF (I am sitting here talking to Mary Jane right now)

Mary Jane responded to the question of my doing yoga that "she sits up right on her bed, still and breathing)" which is meditation although my mj says she "doesn't know much about yoga"

While I am sitting outside my room on the step Ms Anderson comes out of my room with a cooler I borrowed from Becky Hinter — I have had it for the last month, because I was using it to keep ice in my room for ice packs (since then my neck is sore or locked up with tension all I can do is ice/heat it) Ms Anderson asked me about it (she's been in my room several times and never said anything about it before) and removed it from my room — I told her

"that I use it for and she said "is that all", and I said "no, last night I used it for my ice cream from commissary, since I had to work and couldn't eat it right away"

I am feeling uncomfortable right now, and afraid because of the way I am being treated by staff - as if I have done something wrong. They want me to drop my inmate greivance but I refused so it feels as if the are angry with me, by the way they talk to me, and it is not out of concern - no one even askeds how I am doing, how I am feeling - is there anything I need - the only one who has this whole time is LT Wolf. I feel that it is strange that they are

investigating what happened
a month later?? Maybe
at the prompt of my BP-9.
As I am sitting here
writing this it is about
11 AM a man from CMS
facilities comes in looking
at the step with a hacksaw
(The same one who cut the screw off
when this happened) and is
going around the unit looking
for screws to cut off ~ making
comments like "somebodys
gotta do it"
        I am feeling very tense
and nervous ~ like I
am in trouble ~ I am
needing to rest and calm
myself now). MN just come
back from lunch) She saw Monica Lopez
and Monica said that they had come to speak
with her too! END OF First Journal

                    1/5/07
        Sent to my Sister Jessica
                            Gallagher

1/05/07  Mr Goldstein returned to my room
1:45 pm  and knocked lightly, and with out
hesitation entered — my roommate Mr
and I were getting dressed for work.
He stepped out saying "Oh excuse me."
I was eating my lunch and he
came back and told me to come
take a walk with him. I walked
with him while he looked in the
window of each room as we passed
by. He told me that he had
"all the screws on the whole
compound removed" — I thanked
him, and I said "great now no one
else will get hurt". He told me
that he "was" here to informally
resolve this, and I want you
to file a tort claim and like
I said I will help you — and
By the way 'our' witnesses say
that you were standing at the
locker a few minutes before you
fell" I said to him "no,
I had just got down from
my bed and became dizzy."

M

Note to Seb    MR.G also said that if I "were dead, then ~~would~~ you would really have a case — or your family would"

He interrupted me and said "That is not what we were told, but I'm not trying to make you wrong" I said "it doesn't feel that way, from you or the AW, it feels as if you are trying to figure out how it was my fault or what I was doing to cause it" He said "No, I'm trying to help you, I got the EZAL to refer you to the specialist, didn't I," I said "yes, I've been asking her for a month" he said see "I did that" he kept walking down the hall and I said to him "I have to go to work soon mr goldstein" he said "I ~~will~~ I have ~~just~~ just found out about the other girl who got injured, Phelia Johnson" and I told him I said

"and there is another one in this unit Valencia, who got hurt the day after I sent you guys the list" and I also said to him "thats why I asked that there be an incident report made to safety anytime someone is injured, not just when it it work related, and you say that happens — but your co-worker Mr Blassingame sup otherwise, as stated on the cop out that I brought to him 2 days after my incident, and you guys are just finding out a month later?" He said that "We have an incident report that you signed" I told him that "I dont remember filling out or signing my incident report, and if you have that why have you not sent me a copy of it, that I requested a month ago — because when I

went to ask Mr Blanzingul
for a copy of the incident
report He said there
was none." He said
"well we've done everything
you've asked for," I said
"no you have not", he said
"so are you going to let
this issue go", I said
"I can not make any agreements
with you right now" He
said "It doesn't matter
because I am going to
Deny your 9 — I'm the
one who does it — so
its going to get denied" I
said "okay" and left to
go to work.

Having to try and reenact
the incident with all the
item crowding in in the ??on
and just waking up was
extremely disturbing to
me. Having to relive a
traumatic situation

was very difficult for me
let alone feeling threatened—
ie: Mr Goldstein putting his
finger in of my face, and
telling me "it didn't happen
that way" etc

~~~~~ Maryann
said "they soared. they" MJ
was trembling when they left
and said she was very upset—
I am feeling a sharp
pain in the back of my
neck and a really bad
headache right now. I
felt forced to reenact
the incident and put
on the spot ~~~~~ by the
Ass Warden and Mr Goldstein.
My nervous system feels
very jittery and I am
having a hard time calming
myself. I am afraid of
these people, they have
been nothing but hostile
and rude to me. And I
am in no position to argue

or defend myself. I
wish I would have
said 'no' to reenacting
what happened - I
feel it was detrimental
and now I am feeling
traumatized all over
again. And I have
to go to work and sit
on the phone for 8 hours -
I don't know how I
am going to do this?!
I am having such
a hard time at the
call center as it is.
And I don't have much
much of a choice since
I am being forced
to work and the only
other place I can work
is fort cons/safety - and
there is no way I can
work over there now -
the inmates that work
there are already giving me

dirty cooks — and talking
about me. There are not
alot of other places to
work on the compound —
and I am having a hard
enough time being upright
for any direction of time.
I am going to refuse
further query and discussion
with any of these people if
it causes me to hurt worse
or relive one of the most
traumatic experiences of my life.
I can't believe how these people
are behaving.

1/5
5:30    Went to work, and was on
the phone for 2 hours — my
neck was literally burning —
and my head was pounding —
I couldn't get ~~XXXX~~, ~~XXXX~~ the
accident out of my mind. I
asked if I could get off
the phone — but they said they
couldn't spare me — even though
there were alot of people off

for a while, and then went to the Law Library to type some letters, I had to stop because of the pain shooting down my ~~right~~ arm - my friend helped me finish typing them - while I dictated. Returned to my room for count and ~~then~~ laid down.

Went to dinner and saw Monica working there - ~~she~~ She came up to me and told me that they (Bitte, Blasigame, Goldstein) came to see her ~~at~~ during her job interview at the Call Center. She said "they scared the heck out of me" "I thought I was in trouble" They asked her what happened and she said she told them the truth" I thanked her - "She said they asked her to "write them a statement" She said she told them she had already

written a statement and
given it to me, which I
attached to the BP-9 since
no one had ever questioned
either of my roommates
when it happened — and
I was already being
"accused" about "doing
yoga at the time of the
accident" by both Bette and
Blasingame. She said that
they "tried" to make her
say things (she didn't really
understand them cause her
english is broken) but that
she "just told them the
truth of what she saw".
    Came home, and journaled
and now I am going to lay
down. I feel agitated
by this whole situation.
I have not done anything
wrong, but I feel like
I'm in trouble, or that
I have to watch out....

& I am going to keep getting harassed and threatened.

All the staff are like "your the girl with the neck thing" Like they all know who I am by my accident. Its really hard to function — and I stay in my room all the time.

This situation with the key numbers in my hand is hard to deal with too. At least its not my writing hand. Though its hard to type at work.

1/18/ Received both 9's today and only one (the safety) was responded to! And not adequately. They way it was responded to, seemed as if she (the Warden) didn't read my attachments —

or it was very generalized. It was dated - the response - 1/11/07 - and I just received it on the 18 a week later - and after having to prompt Ms. Bernadini - it now actually gives me 10 days to respond with my 10 - and not the time allotted as per policy.

There are all types of discrepancies regarding the dates the 9 (Safety) & dated "Received 12/26" I submitted it 12/21 to Ms. Anderson - The 9 regarding Health Services & not stamped at all - and the response says my 9 was Received 12/19 ??

They say I asserted that I fell off the "bunk". This is not what I explained in my 9 at all or ~~to~~ to the people who investigated.

1 of 2

staying at this facility and I am interested in the program. He gave me an application and told me to come back for an interview.

1/21/07 Went to work - Got my schedule changed again - I had to get off the phone for a half hour cause I was getting dizzy and headache. Come home and went straight to bed.

1/22/07 Valencia approached me at work, MR. Goldstein come to see her about her inj9 - he said to her the same things he said to me, she said he told her he "just found out about her injury" and could "he informally resolve it with him", and he would

"help her with her tort claim"
She said he scared
her, because he was,
"getting in her face and talking
in a "heated way". She said
she came to told to me
cause she knew that he
had come to see me too—
+ I told her he had behaved
the same way with me and
said the same thing. He
told her, her "claim" would be
denied, and she should "just
file a "tort claim"
I just came in from work
and I have a headache
again— Still no word about
when I can see the Ortho—
also no med records which
I have requested twice— and
no— incident/accident report
from Goldstein— he brought
Valencias to her today??
I went to see him at
his office to ask for mine

1/29 Recieved a Cop out.
from MS Butte saying
that there was so
incident report made
about my accident ""
This after Mr. Goldstein
stated there was one
and I signed it ???
     Ms Valencia wrote
me a statement about
her injuries — and 2
other inmates about
their experience of the
event — and subsequent
incidents.

1/30 Made my 2 BP10's
today — this process
is very expensive —
for people who have
no money! they
made it extremely
difficult all the way
around. Having to
do this all & stresses
me out — besides

the treatment by staff
and my usual pain and
suffering — on top of that

I saw DR EZ at Mainline
and I asked her if she
had referred me to see
the Ortho line she said
she mailed on 1/2/02 — She
said "whats your name" I
told her and she said
"oh you, I dont know about
that, I told Hernandez to
do it" So I said — "So
she did it then?" She said
"I dont know about it"

1/31   Woke this morning with my
hand numb — I had to
go to work and I could
only type with one hand.
MS. Bernhardt — said
"Well you'll just have to
type with one hand"
There a pain shooting

down my arm - and when
I turn my head
my spine moves -
cracks - and I get
the shooting pain.

2/1/07 ~~[redacted]~~ The clicking in my
neck seems to be getting
louder - or worse - I don't
know what it is - so I
cannot say - I can't see
how this doesn't show
up on a xray - I didn't
have this problem before
12/3 - but when I look
down it does it and
when I turn my head
to the right followed
by the shooting pain down
my arm. It hurts too
in the place where it's
clicking - I looked in
an anatomy physiology
book and it feels like
it's at my C3 or 4  I'm

not for sure cause I'm not a doctor — I wonder if I need a chiropractor.

8:30pm I went to Art class, since its my day off and painting is the only thing I get to do thats leisurely — I came ~~xxxxx~~ back to the unit and found my room trashed — Shaken down again — I asked some other girls if they saw anyone else get their rooms search and they said NO — I just got everything straighted from the last time they were in here — I wonder what they are looking for ??? I know this is NOT normal — Everyone thinks its because they are pissed off cause I filed Administrative Remedy — If so — Then this is Direct Retaliation. I dont really know what to do about it though

or who even to talk to —
I have not yet found
counsel in this matter ???
I need to write some more
letters, to get referrals.
I will write to the Bar
Association this week.

I am going to try and
go to sick call again
tomorrow — I need to
talk to Hernandez and
ask her if she referred
me to Supina — I sent
her a cop out — I doubt
she will respond though —
nobody around here responds
to cop outs — It took
me filing a BP 9 to get
Safety to respond to the
screw issue.

I dread going to sick
call — or medical for
that matter — I usually
leave there feeling worse
or at least more agitated

and tense. The people who work there do not seem to be educated — by the things they say. Maybe its a language thing?? Since they are all Filipino and their english is very broken. Most of the time they don't even seem to listen let alone understand. They think everyones a hypochondriac

2/2/07    My room got trashed again today. I come home from work and my locker was a mess — and only my stuff had been rifled through. So I had to spend the afternoon cleaning up!

Saw mis Blessigame (Safety Head) doing inspections in a room down the hall from me — in a room that my friend L Dubois lives in — Her bed is shaky cause all the

screws are loose and the
step is very loose too —
it shifts every time she
climbs up and down — she
told me she wrote a copout
to safety and also informed
our unit counselor — so I
see him in there and I stop
and point out that the bed
is very unstable — I show
him by literally shaking
the bed and he says "Oh
my, that is a safety hazard"
and "I'm going to get
right on it." So I thank
him for doing his job." I
also mention to him that
I never received an incident
report from his dept." — he says
"he" doesn't know anything about
it. 14

BP-S148.055
SEP 98                           INMATE REQUEST TO STAFF CDFRM
U.S. DEPARTMENT OF JUSTICE

FEDERAL BUREAU C PRISONS

| TO:(Name and Title of Staff Member) DR EZAZ | DATE: 12/30/06 |
| FROM: Leonine Sontiago | REGISTER NO. 92639.022 |
| WORK ASSIGNMENT: Call Center | UNIT: B |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

I would like to request an
appointment to see you about my
neck injury. I have not been
examined since this happened on
12/3 and I am experiencing alot
of pain and difficulty. I have been
to sick call 6 times this month
and am having a hard time getting an
appointment to see you. Please respond
CC- kept by inmate                          in writing
DISPOSITION:              (Do not write below this line)

Your x-rays showed muscle spasm with mild
degeneration of your C-Spine. So, you have to continue
your pain medication religiously. There is nothing
I can add to your treatments. It takes time
to relieve your problem.

| Signature Staff Member | Date |
| BELEN EZAZ, MD CLINICAL DIRECTOR FCI DUBLIN | 1/12/07 |

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 8
and BP-S148.070 APR 94



copy kept by inmate

3148.055
98                              INMATE REQUEST TO STAFF CDFRM

. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| (Name and Title of Staff Member) | DATE: |
| Ms. Hernandez | 1/23/07 |
| M: J. Santiago | REGISTER NO.: 92639-022 |
| X ASSIGNMENT: Call Center | UNIT: B |

CT: (Briefly state your question or concern and the solution you are requesting.
nue on back, if necessary.  Your failure to be specific may result in no action being
. If necessary, you will be interviewed in order to successfully respond to your
st.

I have tried to see you __ times and both times my appointment was cancelled. The st time I saw you (and Dr Ezaz) on 1/2/07 Ezaz told you to refer me to see Jupina - I would like to know if this has been done. I saw Dr Ezaz (matalive) and she confirmed that she instructed you to refer me to Jupina approximately (Do not write below this line) When will I be able

TION: Please Respond in Writing to see him??

I make a referral for Orthopedic to see __ on January 4, 2007 written on your __

| Signature Staff Member | Date |
| (signature) | 2/8/07 |

y - File; Copy - Inmate
may be replicated via WP)          This form replaces BP-148.070 dated Oct 86
                                   and BP-S148.070 APR 94

CTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 6**

Exhibit 20

**2/26** by this news. It cuts out a lot of free time and space for being.

My friend B. Hunter came and approached me today and told me she was talking to Ms. Butt the assistant warden, and that Ms. Butt told her that she "knew that your friend Santiago was not doing yoga at the time of her accident." I thought it was strange for her to be talking about me to another inmate, and weird that she would tell her that. She also said that she "knew that the accident was not her fault."

**2/27** Worked all day - and wrote my B.P.9 about Mr. Miller and the incident with Food Service.

Mr Wheeler

This is what the officer said she should

Emergency "unless she's dying" she couldn't see me. I went to work and the (inmate) clerk took me off the phone for the night I layed my head down in the break room.

3/1
7 pm
We had our fast of Ester today — I packed my food out — to break my fast after Sundown — from the kitchen after dinner — I went to art class and came back to make my dinner and mr Wheeler ~~was~~ was walking toward me as I walked toward my room, I greeted him with a "hello" and he asked me if this was my room (I got moved today to a top bunk) (I asked to be moved

3 months ago after I had
my accident. I had a bottom
in the room I was in. I
told him it was my new
room — and he told me to
"step out side". He searched
my room and came out
with my dinner in a
garbage bag — I told him
That that was my dinner
That I had been fasting
for religious reasons all
day and I was Authorized
to have it. He said he
"knew nothing about it" and
he "didn't know that you are
Jewish" I asked him to
please give me back my food.
He said that he "couldn't
do that in front of all
the other inmates and
walked away" I was
pretty heated and I followed
him to his office and I
asked him to call the

Lt. cause I wanted him to verify that I was authorized to ~~have~~ have that food - which was now ruined because he had put it all in a garbage bag - He refused to respond to my request - instead of arguing with him I went back to my room! By the time I made it back to my room he was paging me to report to the officers station - He apologized profusely and offered to give me my food back - ~~~~ I said "In a garbage sack" he said "I'm sorry" he said he would try to call food service and they were all gone - So I was out of luck - I just grimaced and went back to my room I will have to add that to my ID - Since

I already turned in my 9. This is so aggravating and now if am having shooting pains in my neck and a headache! On top of the low grade fever I've been running for 2 days that I cant seem to get seen by sick call about!

3/2 Went to work this morning — Still Co am feel fevered — I will try sick call again at 1:30! —

1:30pm No Sick Call again!! I asked the LT what we were supposed to do, and that I've been trying to go to sick call for 3 days now — he said "return to your housing unit" "We will let you know when it is rescheduled for"

5:30pm They never rescheduled sick call — I asked to have the night off and MS Elvins

4/21 My day off - I am going to paint today - for as long as I can at least - it usually lasts about one hour before I start hurting or having spasms in my neck.

4/22 Work today - I woke up hurting and having shooting pains down my arm - I do not have any pain meds to take - I will see if I can borrow some from someone.

4/23 Went to See ETAZ - she saw me for about 3 minutes, didn't listen to a word I said, told me that Jaiya has not been here - and I told her I know he was here last month (march) because my friend saw him!! She maintained that she has no control over when he comes and he was not here

last month — she is lying but I could not tell her that because she would send me to the SHU. She refused me naproxen and told me to buy the Ibuprophen on commissary and take 8g from at a time ??? When I told her they do not work for me, and that one naproxen works all day — she still refused and told me if I showed her 3 months receipts of buying Ibuprophen she would consider giving me naproxen — She told me that my X-ray showed mild degeneration in my C4 & C5 ... I've never had any problems with my neck before this accident — Other than tension from working at the call center

She said there is nothing she can do for me and that I am referred to see Serpina (orthopedic) and to wait for my appointment - and then she dismissed me. Refused to let me talk to her and called her next patient. Blah, dialing, with this women in frustration in and of it self. She doesn't listen at all, let alone care - and she had x-rays before my accident that showed NOTHING wrong with me at all!!

4/24  Got my medical records today from Ms. Miner - she came over to my unit to get me cause we were having a shakedown. She gave me 45 pages of my files, DR Egoz lied in what she said I said to her

513-111

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: _Orthopedics_

FROM: (Requesting physician or activity) _FCI - Dublin_

DATE OF REQUEST _2/23/07_

REASON FOR REQUEST (complaints and findings)

_This is a 38 yr old, female, injured her neck - (Laceration wound on the left lateral aspect of the neck which healed Dec-06.) She says she still complains of neck pain (Posterior) not related to her laceration wound. X-ray unremarkable - mild degenerative_

PROVISIONAL DIAGNOSIS

_C4-C5 w/ Osteophytosis -)_

DOCTOR'S SIGNATURE

_BELEN PLAZ, MD_
_CLINICAL DIRECTOR_
_FCI DUBLIN_

APPROVED

PLACE OF CONSULTATION

☐ BEDSIDE  ☐ ON CALL

☐ ROUTINE  ☐ TODAY
☐ 72 HOURS  ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED  ☐ YES  ☐ NO

PATIENT EXAMINED  ☐ YES  ☐ NO

TELEMEDICINE  ☐ YES  ☐ NO

*(Continue on reverse side)*

SIGNATURE AND TITLE

DATE

HOSPITAL OR MEDICAL FACILITY

RECORDS MAINTAINED AT

DEPARTMENT/SERVICE OF PATIENT

RE ____

_middle)_

PA ____

_); Sex; Date of Birth;_  REGISTER NO.

SPONSOR'S ID NUMBER (SSN or Other)

WARD NO.

SANTIAGO
JEANINE HELEN
W/F/O/04-18-1969          92639-022
HT/505   WT/125    HR/BN    EY/BN
CUSTODY/IN

**CONSULTATION SHEET**
Medical Record

**STANDARD FORM 513** (REV. 4-98)
Prescribed by GSA/ICMR FPMR (41 CFR) 101-11 .203(b)(10)

PRINTED ON

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

**10/19/06**
**945**

S - c/o history of neck injury Jan 2006
when she fell & landed her (R) head
to the ground. Denies LOC or broken
bones, but since then she c/o crepitant
sound everytime she moves her head
to R → L, above & downward, which
she claims affected her job, neck tightness
She takes Motin but does not help her.
She wants to work 4 hrs only.

O - BP. 121/74    PR - 66  T - 97.5
neck - tenderness on supraclavicular
       area c ↓ ROM on movement
       of head to (R) & (L) side, ↓ ROM
       on head extension & downward c

A - Spasm neck muscle from. Strain

P - Continue c gen NSAIDs
    - XR lumbo-cervical neck ordered
    - Advice stress mgmt, relaxation
      & warm compress on neck muscle

BELEN EZAZ, MD
CLINICAL DIRECTOR
FCI DUBLIN

B.A. HERNANDEZ, MLP
FCI DUBLIN, CA

| HOSPITAL OR MEDICAL FACILITY | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|
| FEDERAL CORRECTIONAL INSTITUTION HEALTH SERVICES UNIT 5701 8TH STREET CAMP PARKS DUBLIN CA 94568 | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

SPONSOR'S NAME

PATIENT'S IDENTIFICATION (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

Santiago, Jeannie
92639 - 022

REGISTER NO.    WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

USP LVN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|------|---------------------------------------------------------------------------|

10/27/06
1530

S. she c/o spasm of her neck & can't
hardly move it fr. side to side &
she wants idle bed. she can't work
in call ctr.

O- neck tender, tightness when exerc'd should appear

A- spasm neck

P- Idle today
NSAIDs PRN

B Hernandez P

3 Dec 06
1040

See nursing sign off
To VCMC

VERBAL ORDERS READ BACK
AND VERIFIED BY: Dr Ezaz

BELEN EZAZ, MD    12/4/06
CLINICAL DIRECTOR
FCI DUBLIN

J.B. RICH
RN, FCI DUBLIN

3 Dec 06
1930 H

S- Came back from hospital

O- neck - with bandage
no discharge notes from hospital

A- S/P - (L) side neck - Abrasions / Laceration

P- Motrin 600 mg tab TID #30
med idle 1 week given
Advise RTC for change dressing
7 Dec thursday & Dec 11 for removal of stitches
Advise keep neck dry and clean

VERBAL ORDERS READ BACK
AND VERIFIED BY: Dr Ezaz

J.B. RICH
RN, FCI DUBLIN

Addendum: Pt. gave
the discharge paper to me.
She said it was given to her
by the officer. —

BELEN EZAZ, MD  12/4/06
CLINICAL DIRECTOR
FCI DUBLIN

J.B. RICH
RN, FCI DUBLIN

STANDARD FORM 600 (REV. 6-97) BACK

4/26  my neck really bothers me when I am at work — or when I get tense.

4/27  Long day at work today — I took alot of ibuprophen & I have to work til 1am. Went to light the Shabbot candles and Charlee was leaving — so unable to do so.

4/28  Day off resting

4/29  Forgot to journal today

4/30  I checked the call out today and I have a appointment to see the Ortho tomorrow.

5/1  Saw the Orthopedic doctor today who said he couldn't do anything for me. He said I suffered a substantial trauma to my neck, and I should have work a neck brace after the whiplash to stabl

my muscles. He said he
thought I still had muscle
damage, and that I may
not ever be back to
normal. That ~~~~~~~~.
It's likely I had permanent
damage "1. He prescribed
me napaxin and
said he was sorry
he couldn't do anything for
me, but that I required
physical therapy. And
that that type of trauma
could take as much as
a year to heal, if ever.
I'm going to write
to the hospital and get
the results to my x-rays
that I had there, that
they were going to have a
specialist look at.... because
I feel that I need the
opinion of someone who
is not affiliated with BoP.
I sat in the waiting room

for 2 hours (12:30 - 2:30) he didnt even show up til after 1:30pm and there were 20 people on the list to see him and 10 from the comp. He didnt even exam me, he just read my chart and told me there was nothing he could do, that I should have worn a neck brace for a month after the incident to Stabalize my ~~the~~ c-spine and relax ~~and~~ heal the muscles, and that I needed some physical therapy. He told me to do yoga, that it would help. He gave me a prescription for Noperin although I feel that it is just a bandaid and I do not like to be taking these pills everyday. I feel that the visit was just to placate me, because I wrote it up in a BP9 that I had absolutly no follow up and that I was being

refused medical records— Then
all of the sudden Eloz sees
me for 2 minutes writes
some notes in my chart (some
of it lies) and refers me to
the Ortho w/ty her opinion
on the referral. I know what
I feel is constant pain
and discomfort and I've
never had any problems
before this accident—
~~was down~~ I have lead a
healthy active life - pain free!



ValleyCare Medical Center Emergency Department
**5555 W. Las Positas Blvd.,**
**Pleasanton, CA 94588**
**9254163418**

| | | | |
|---|---|---|---|
| Patient: | **SANTIAGO, JEANINE** | MR#: | **647820** |
| Physician: | **Cynthia Penn-Duecker, MD** | Acct #: | **300397544** |
| Admit Date: | **12/03/06 11:56** | DOB: | **4/18/1969** |

# General Emergency Department Discharge Instructions

***NOTE:*** Be sure that you have read and understand all instructions before signing below. The examination and treatment you have received in the Emergency Department / Urgent Care have been rendered on an emergency basis only. They are not intended to be a substitute for, or an effort to provide complete medical care. A copy of your record and reports of all laboratory, X-ray and other tests will be available to your follow-up Doctor. It is important that you let him check you again, and that you report to him any new or continuing problems at that time, because it is impossible to recognize and treat all elements of injury or illness in a single Emergency Department / Urgent Care visit. These aftercare instructions have been recommended by the Emergency Department / Urgent Care Physician and should be followed closely as the best possible safeguard against complications. Remember that most illnesses and many medications can affect your alertness. You must avoid dangerous activities if you are not as alert as usual, including such things as driving a car, working with machinery, piloting aircraft and working in high or unprotected places.

**Smoking Cessation: Smoking Dangers (tobacco use):**
Smoking and secondhand smoke are harmful to your health. If you smoke, STOP! If you are around others who smoke, encourage them to stop. Smoking leads to chronic obstructive pulmonary disease, and increases risk of heart disease, cancer, and stroke. There are many medications and aids available to help you stop smoking. For additional help and/or information, call 1-800-NO-BUTTS (1-800-662-8887) or 1-800-LUNG-USA (1-800-586-4872).

## WHEN YOU VISIT YOUR PHYSICIAN, PLEASE BRING ALONG THIS INSTRUCTION SHEET AND ANY PRESCRIBED MEDICATIONS.

You were treated in the Emergency Department / Urgent Care by: **Cynthia Penn-Duecker, MD**

# ValleyCare Medical Center Emergency Department - Pleasanton, CA 94588

| | |
|---|---|
| **Patient:** SANTIAGO, JEANINE | **DOB:** 4/18/1969 |
| **MR #:** 647820 | **Age/Gender:** 37y F |
| **DOS:** 12/3/2006 11:56 | **Acct #:** 300397544 |
| **Private Phys:** | **ED Phys:** Cynthia Penn-Duecker, MD |



Anterior Female Face

## EXAM

CONSTITUTIONAL: Well-appearing; well-nourished; in no apparent distress
HEAD: Normocephalic; atraumatic
EYES: PERRL; EOM intact; conjunctiva and sclera are clear bilaterally.
NOSE, THROAT: no rhinorrhea; normal pharynx with no tonsillar hypertrophy; mucous membranes pink/moist, no erythema, no exudate.
NECK: Supple; non-tender; 10cm stellate laceration to the left ant neck superficial to platysma muscle.
CARD: Normal S1, S2; no murmurs, rubs, or gallops. Regular rate and rhythm.
RESP: Normal respiratory effort; breath sounds clear and equal bilaterally; no wheezes, rhonchi, or rales.
ABD: Normal bowel sounds; non-distended; non-tender; no palpable organomegaly, no masses, no bruits.
EXT: Normal ROM in all four extremities; non-tender to palpation; distal pulses are normal, no edema.
NEUROLOGICAL: A/O x 3;normal gait and mentation.

## PROCEDURES

Laceration repair: The affected area was cleansed and with betadine and anesthetized with 7ml(s) of Lidocaine 1% with epinephrine . Wound irrigated under pressure with normal saline explored and is nonpentrating, platysmal muscle intact . The laceration was closed with 16 suture(s) ; Closure material: 5.0 nylon This was a complex laceration to close to get all edges and pieces to lay anatomically . Dressing is antibacterial ointment and sterile gauze CPD 12/04/06 12:14

## ORDERS

**Medicine**
Tetanus / Diphtheria IM; dose: 0.5 ml < Cynthia Penn-Duecker, MD 12/3/2006 15:50>

| Patient: | SANTIAGO, JEANINE | MR#: | 647820 |
|---|---|---|---|
| Physician: | Cynthia Penn-Duecker, MD | Acct #: | 300397544 |
| Admit Date: | 12/03/06 11:56 | DOB: | 4/18/1969 |

Your diagnosis is: **Laceration - neck, complicated**

What to do:
- Follow the instructions on the additional sheets you were given:
  Cervical Strain- with X-rays - English
  Laceration, Sutures- Remove in 7 Days - English
  Acetaminophen Hydrocodone - English

- Discharge from ED: The patient is discharged to home . Patient's condition is Good . The patient is to follow-up with Primary Care Physician within 1-2 day(s) . Purpose of referral: for re-evaulation and further treatment   sutures out in 7-10 days

If you are unable to obtain an appointment with the physician, call our Physician Referral Service at 1-800-719-9111 for a second referral. Take prescription as directed. IF ANYTHING UNUSUAL OCCURS, CALL YOUR DOCTOR IMMEDIATELY.

## STUDIES DONE (If any):
  FSBS
  BASIC METABOLIC PANEL
  CBC
  POINT OF CARE GLUCOSE

  CERVICAL SPINE, LIMITED, 2 VIEWS ; Reason for exam:   Trauma, blunt ; Transportation mode: Gurney

  EKG.; Reason for exam:  Syncope

The emergency physician provided an on-the-spot interpretation of your x-rays and/or EKG. A specialist will do a final interpretation of these tests. If a change in your diagnosis or treatment is needed, we will contact you. It is critical that we have a current phone number for you.

## MEDICATIONS GIVEN:
Tetanus / Diphtheria IM; dose:   0.5  ml

**ValleyCare Medical Center Emergency Department**
5555 W. Las Positas Blvd.,
Pleasanton, CA 94588
9254163418

Patient:    SANTIAGO, JEANINE
Physician:  Cynthia Penn-Duecker, MD

MR#:  647820
Acct #: 300397544
DOB:  4/18/1969

---

### Cervical Strain - With Xrays (neck strain, whiplash):

You have been diagnosed with a cervical (neck) strain.

The cervical spine extends from the base of the skull to the top of the shoulders.

A strain is an injury of the muscles in which the muscle fibers are stretched, torn or otherwise injured.  The pain which occurs usually results from inflammation or bruising within the muscle.  Strains should not be confused with sprains which are injuries to the ligaments which hold bones together.

A cervical strain occurs when the head snaps forward during an accident or a fall, etc., and the neck muscles tighten very hard to slow the moving head.  The muscles can easily be strained with this type of action.  It is normal to experience pain over the muscles around the neck but not over the bones of the cervical spine.

The x-rays of your neck showed no evidence of broken bones.

You should apply warm moist heat to the injured area for 20 minutes at a time, at least 4 times per day.  Gentle massage of the injured muscles may help to relax them and ease the pain.

It is normal to experience stiffness and some pain in your neck as the result of your injury.  This pain may last for the next few days.  You do not necessarily need to return to the Emergency Department for this type of pain. However, you should watch for a SIGNIFICANT change or worsening of your symptoms.

You should call your physician or return to the emergency department if you your pain does not improve within 4 weeks or your pain is severe enough to seriously limit your normal activities.

YOU SHOULD RETURN TO THE EMERGENCY DEPARTMENT IMMEDIATELY IF ANY OF THE FOLLOWING OCCUR:

- Numbness (loss of feeling) or tingling in your arms or legs.

- Weakness in the arms or legs.

Date/Time:  03-Dec-2006 16:24



**ValleyCare Medical Center Emergency Department**
**5555 W. Las Positas Blvd.,**
**Pleasanton, CA 94588**
**9254163418**

Patient:     SANTIAGO, JEANINE
Physician:   Cynthia Penn-Duecker, MD

MR#:  647820
Acct #: 300397544
DOB:  4/18/1969

- A feeling that your neck is unstable.

- Loss of bowel or bladder control.

- Severe or increasing pain.

**ValleyCare Medical Center Emergency Department**
**5555 W. Las Positas Blvd.,**
**Pleasanton, CA 94588**
**9254163418**

Patient:    SANTIAGO, JEANINE
Physician:  Cynthia Penn-Duecker, MD

MR#:  647820
Acct #:300397544
DOB:  4/18/1969

## Laceration, Sutures - Suture Removal In 7-10 Days (cut, wound):

You have been seen in the emergency department and treated for a laceration (cut).

Follow-up with your physician OR return to the emergency department for suture removal.  Sutures should be removed in:

- 7 - 10days.

Use the following wound care instructions:

- Keep the wound clean and dry for the next 24 hours and avoid excessive moisture.  You can wash the wound gently with soap and water, then apply a dry bandage.

- DO NOT allow your wound to soak in water (i.e. doing dishes or swimming). You can shower, but be careful not to be too abrasive to your stitches.  Allow the wound to dry before putting another bandage on.

- Remove old dressings daily and apply a clean, dry dressing.

- If the dressing sticks to the wound, slightly moisten with water.  This will allow it to come off more easily.

- To help remove a scab, cleanse the area with a mixture of half hydrogen peroxide and half water.   This will also help us to remove the sutures when they are ready to be removed.

- Allow the area to dry thoroughly.

- Unless instructed to do otherwise, you can place a thin layer of antibiotic ointment over the wound.  You can buy Polysporin (Triple Antibiotic), Bacitracin, or Neosporin over-the counter.  Neosporin can sometimes cause irritation to your skin.  If this happens, stop using it and switch to another topical antibiotic.

- Apply a clean, dry bandage over the wound if necessary to protect the wound.

Keep the affected area elevated for the next 24 hours to decrease swelling and



**ValleyCare Medical Center Emergency Department**
**5555 W. Las Positas Blvd.,**
**Pleasanton, CA 94588**
**9254163418**

Patient:    SANTIAGO, JEANINE              MR#:  647820
Physician:  Cynthia Penn-Duecker, MD       Acct #: 300397544
                                           DOB:  4/18/1969

pain.  You may also want to apply ice to the area.

If you were given a local anesthetic, it will wear off in about 2 hours.  Until that time, you must be careful not to injure yourself because of decreased feeling to the area.

A tetanus booster shot WAS given.

YOU SHOULD RETURN TO THE EMERGENCY DEPARTMENT IMMEDIATELY IF ANY OF FOLLOWING OCCUR:

 - Unusual redness or swelling.

 - Red streaks starting up the arm or leg.

 - Foul drainage or odor from wound.

 - Fever, chills, increasing pain and / or swelling.

Date/Time:  03-Dec-2006 16:24                          Page 2 of 2



**ValleyCare Medical Center Emergency Department**
**5555 W. Las Positas Blvd.,**
**Pleasanton, CA 94588**
**9254163418**

Patient:    SANTIAGO, JEANINE          MR#:  647820
Physician:  Cynthia Penn-Duecker, MD    Acct #: 300397544
                                        DOB:  4/18/1969

---

### Pain Acetaminophen Hydrocodone:

You have been given a medication that contains acetaminophen and hydrocodone.

 - This medication is used to relieve pain.

 - DO NOT take this medication if you have liver disease or drink alcohol on a daily basis.

 - DO NOT take this medication if you are taking other over-the-counter medications that contain Tylenol or acetaminophen (the active ingredient in Tylenol).

 - If you have side-effects that you think are caused by this medicine, tell your doctor.

 - DO NOT drink alcoholic beverages while taking this medicine.

 - If you become dizzy, sit or lie down at the first signs.  You should be careful going up and down stairs.

 - If you are pregnant or breastfeeding, notify your doctor before taking this medication.

 - Keep this medication out of the reach of children.  Always keep this medication in child-proof containers.  DO NOT give your medication to anyone else.

This medication can be HABIT-FORMING.  Discontinue use when no longer needed and never give this medication to others.

You have been given a medication, or a prescription for a medication, that causes drowsiness or dizziness.  DO NOT drive a car, operate machinery, or perform jobs that require you to be alert until you know how you are going to react to this medicine.

THESE INSTRUCTIONS ARE NOT COMPREHENSIVE (complete):  Ask your pharmacist for additional information and precautions for this medication.

Date/Time:   03-Dec-2006 16:25                                    Page 1 of 2